UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MONTEREY BAY MILITARY HOUSING, LLC, et al.,

                Plaintiffs,

-v-

AMBAC ASSURANCE CORPORATION, et al.,

                Defendants.

CIVIL ACTION NO.: 19 Civ. 9193 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Court's rulings at the conference held today, August 12, 2021 (the "Motion Conference"), the Court Orders as follows:

1) Plaintiffs' Motion to Strike Ambac's, the Jefferies Defendants,' and Ray's Unclean Hands Defense, or, in the Alternative, for a Protective Order (the "Motion to Strike" (ECF No. 334)) is DENIED. The cross-motion by Defendants Jefferies Mortgage Finance, Inc., Jefferies & Company, Inc., Jefferies LLC, and Jefferies Group LLC (the "Jefferies Defendants") for leave to file an amended answer ("Jefferies' Cross-Motion" (ECF No. 338)) is GRANTED. An Opinion & Order concerning the Motion to Strike and Jefferies' Cross-Motion will follow in due course.

2) The parties shall promptly meet and confer and submit an amended Proposed Case Management Plan consistent with the Court's rulings at the Motion Conference by no later than **Friday, August 27, 2021**.

3) Plaintiffs shall meet and confer with the Jefferies Defendants concerning the letter-motion requesting a discovery conference filed at ECF No. 351 ("Jefferies' Letter-Motion"). In the event the parties are unable to resolve Jefferies' Letter-Motion,

Plaintiffs may file an opposition no later than **August 27, 2021**; otherwise the Jefferies Defendants shall file a status report confirming that this dispute is resolved.

The Clerk of Court is respectfully directed to close ECF Nos. 334 and 338.

Dated:   New York, New York
         August 12, 2021

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge