# Gage Spencer & Fleming LLP
410 Park Avenue, Suite 810
New York, New York 10022

Telephone  (212) 768-4900

August 27, 2021

By ECF

Hon. Sarah L. Cave
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Room 1670
New York, New York 10007

Re:  *Monterey Bay Military Housing, LLC, et al. v. Ambac Assurance Corp, et al.*,
Index No. 1:19-CV-09193-PCG

Dear Magistrate Judge Cave:

We represent Plaintiffs with respect to their claims against the Jefferies Defendants in the above-referenced action. I write to request a short, one-week extension of time for the parties to meet and confer and submit an amended Case Management Plan consistent with the Court's earlier rulings as directed by the Court's Order dated August 12, 2021. Specifically, we request that the parties be given until September 3, 2021 to do so. I have communicated with counsel for each of the defendants and they have agreed to this request.

Respectfully submitted,

/s/ William B. Fleming

William B. Fleming

---

Plaintiffs' letter-motion requesting an extension of time until **September 3, 2021** for the submission of a proposed amended Case Management Plan (ECF No. 356) is GRANTED.

The Clerk of Court is respectfully directed to close ECF No. 356.

SO ORDERED 8/30/2021

SARAH L. CAVE
United States Magistrate Judge