# GAGE SPENCER & FLEMING LLP

ATTORNEYS AT LAW

410 PARK AVENUE

NEW YORK, NEW YORK 10022

TELEPHONE: (212) 768-4900
FACSIMILE: (212) 768-3629

September 3, 2021

By ECF

Hon. Sarah L. Cave
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Room 1670
New York, New York 10007

Re: *Monterey Bay Military Housing, LLC, et al. v. Ambac Assurance Corp, et al.*,
Index No. 1:19-CV-09193-PCG

Dear Magistrate Judge Cave:

We, along with Kirkland & Ellis LLP, represent Plaintiffs in the above referenced action. Pursuant to Your Honor's directions, the parties scheduled a meet and confer to address remaining issues with the Case Management Plan and Scheduling Order.

Unfortunately, I felt it necessary to request a rescheduling of the meet and confer when flooding and power outages from Wednesday night's weather blocked my technology and ability to travel into my office. I consulted with Defendants about my intention to seek a further extension of time to meet and confer and comply with the Court's order that the parties submit an amended Case Management Plan. Defendants have expressed their consent. Accordingly, I request that the parties be granted until Friday, September 10 to do so.

Respectfully submitted,

William B. Fleming

Cc: All counsel of record (by ECF)