# GAGE SPENCER & FLEMING LLP

ATTORNEYS AT LAW

410 PARK AVENUE

NEW YORK, NEW YORK 10022

TELEPHONE: (212) 768-4900
FACSIMILE: (212) 768-3629

September 3, 2021

By ECF

Hon. Sarah L. Cave
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Room 1670
New York, New York 10007

Re: *Monterey Bay Military Housing, LLC, et al. v. Ambac Assurance Corp, et al.*,
Index No. 1:19-CV-09193-PCG

Dear Magistrate Judge Cave:

We, along with Kirkland & Ellis LLP, represent Plaintiffs in the above referenced action. Pursuant to Your Honor's directions, the parties scheduled a meet and confer to address remaining issues with the Case Management Plan and Scheduling Order.

Unfortunately, I felt it necessary to request a rescheduling of the meet and confer when flooding and power outages from Wednesday night's weather blocked my technology and ability to travel into my office. I consulted with Defendants about my intention to seek a further extension of time to meet and confer and comply with the Court's order that the parties submit an amended Case Management Plan. Defendants have expressed their consent. Accordingly, I request that the parties be granted until Friday, September 10 to do so.

Respectfully submitted,

William B. Fleming

---

Plaintiffs' letter-motion requesting an extension of the deadline to submit an amended proposed Case Management Plan (the "CMP") (ECF No. 360) is GRANTED, and the deadline to submit the CMP is EXTENDED to **Friday, September 10, 2021**.

The Clerk of Court is respectfully directed to close ECF No. 360.

SO ORDERED 9/7/2021

SARAH L. CAVE
United States Magistrate Judge