UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

MONTEREY BAY MILITARY HOUSING,
LLC, MONTEREY BAY LAND, LLC,
MEADE COMMUNITIES LLC, FORT
BLISS/WHITE SANDS MISSILE RANGE
HOUSING LP, RILEY COMMUNITIES
LLC, FORT LEAVENWORTH FRONTIER
HERITAGE COMMUNITIES, I, LLC,
FORT LEAVENWORTH FRONTIER
HERITAGE COMMUNITIES, II, LLC,
CARLISLE/ PICATINNY FAMILY
HOUSING LP, BRAGG COMMUNITIES
LLC, FORT DETRICK/WALTER REED
ARMY MEDICAL CENTER LLC,
PICERNE-FORT POLK FUNDING, LLC,
RUCKER COMMUNITIES LLC,
STEWART HUNTER HOUSING LLC,
SILL HOUSING, LLC, AETC HOUSING
LP, AMC WEST HOUSING LP,
LACKLAND FAMILY HOUSING, LLC,
and VANDENBERG HOUSING LP,

        Plaintiffs,

   v.

AMBAC ASSURANCE CORPORATION,
JEFFERIES MORTGAGE FINANCE, INC.,
JEFFERIES & COMPANY, INC.,
JEFFERIES LLC, JEFFERIES GROUP LLC,
DANNY RAY, and CHETAN MARFATIA,

        Defendants.

---------------------------------------------------------------x

Case No. 1:19-cv-09193-PGG

Judge Paul G. Gardephe
Magistrate Judge Sarah L. Cave

## FIRST AMENDMENT TO STIPULATED PROTECTIVE ORDER FOR STANDARD LITIGATION

The parties to this Action hereby stipulate and agree to the amendment of the Stipulated Protective Order for Standard Litigation so ordered on April 12, 2018 (Case No. 5:17-cv-04992-BLF (NC), N.D. Cal., Dkt. 135) (the "Order") as follows:

1. The Parties hereby agree that nothing in the Order, including but not limited to Paragraphs 7.2 and 7.3 of the Order, shall prevent or be construed to prevent any Party from disclosing information or items produced by any Party or Non-Party to any other Party and/or such Party's Outside Counsel of Record.

2. The Parties further agree that any information or items produced by any Party or Non-Party to a Party pursuant to any subpoena or other written discovery request issued to the Producing Party or Non-Party in this Action, shall be disclosed and shared with the other Parties and/or such Parties' Outside Counsel of Record in this Action, and pursuant to the terms of the Order.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: November 30, 2021

| | |
|---|---|
| By   /s/ *Lauren Tabaksblat* (on consent)[1] | Jeffrey L. Willian, P.C. (pro hac vice) |
| Michael J. Bowe | jwillian@kirkland.com |
| MBowe@brownrudnick.com | Donna M. Welch, P.C. (pro hac vice) |
| Seth D. Fiur | dwelch@kirkland.com |
| SFiur@brownrudnick.com | Yates French (pro hac vice) |
| Lauren Tabaksblat | Benjamin Kurtz (pro hac vice) |
| LTabaksblat@brownrudnick.com | bkurtz@kirkland.com |
| BROWN RUDNICK LLP | KIRKLAND & ELLIS LLP |
| Seven Times Square | 300 North LaSalle |
| New York, New York 10036 | Chicago, IL 60654 |
| Tel.: (212) 209-4800 | Tel.: (312) 862-2000 |
| Fax: (212) 209-4801 | Fax: (312) 862-2200 |
| | |
| Lamina Bowen | William B. Fleming |
| lamina.bowen@kirkland.com | wfleming@gagespencer.com |
| Joseph M. Sanderson | GAGE SPENCER & FLEMING LLP |
| joseph.sanderson@kirkland.com | 410 Park Avenue New York, NY 10022 |
| KIRKLAND & ELLIS LLP | Tel.: (212) 768-4900 |
| 601 Lexington Avenue | Fax: (212) 768-3629 |
| New York, NY 10022 | |
| Tel.: (212) 446-4800 | *Attorneys for Plaintiffs* |
| Fax.: (212) 446-4900 | |

---

[1] The parties are using electronic signatures with consent in accordance with Rule 8.5(b) of the Court's ECF Rules and Instructions.

By  /s/ Scott S. Balber (on consent)
Scott S. Balber
Scott.Balber@hsf.com
John J. O'Donnell
John.ODonnell@hsf.com
HERBERT SMITH FREEHILLS NEW YORK LLP
450 Lexington Avenue
New York, New York 10017
Tel: (917) 542-7600
Fax: (917) 542-7601

*Attorneys for Defendants Jefferies Mortgage Finance, Inc., Jefferies & Company, Inc., Jefferies LLC, and Jefferies Group LLC*

By  /s/ Anne Champion
Reed Brodsky
rbrodsky@gibsondunn.com
Anne Champion
achampion@gibsondunn.com
Amer S. Ahmed
aahmed@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.4000
Fax: 212.351.4035

*Attorneys for Defendant Dan Ray*

By  /s/ Rachel E. Epstein (on consent)
Michael B. Carlinsky
michaelcarlinsky@quinnemanuel.com
Rachel E. Epstein
rachelepstein@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor,
New York, New York 10010
Tel.: (212) 849-7000
Fax: (212) 849-7100

Steven G. Madison (pro hac vice)
stevemadison@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Tel.: (213) 443-3000
Fax: (213) 443-3100

*Attorneys for Defendant Ambac Assurance Corporation*

By  /s/ Brian L. Muldrew (on consent)

David L. Goldberg
david.goldberg@katten.com
Brian L. Muldrew
brian.muldrew@katten.com
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, New York 10022-2585
Tel.: (212) 940-8800
Fax: (212) 940-8776

*Attorneys for Defendant Chetan Marfatia*

Dated: December 2, 2021
New York, New York

_____
PAUL G. GARDEPHE
United States District Judge