UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MONTEREY BAY MILITARY HOUSING, LLC, et al.,

                Plaintiffs,

-v-

AMBAC ASSURANCE CORPORATION, et al.,

                Defendants.

CIVIL ACTION NO.: 19 Civ. 9193 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court held a discovery conference today, December 17, 2021 (the "Conference") concerning the Jefferies Defendants' letter-motion requesting a discovery conference ("Jefferies' Letter-Motion" (ECF No. 376)) and Defendant Dan Ray's letter-motion requesting a discovery conference ("Ray's Letter-Motion" (ECF No. 377)) (Jefferies' Letter-Motion & Ray's Letter-Motion together, the "Motions"). The Motions were fully briefed in advance of the Conference. (ECF Nos. 376–78, 380–82).

Pursuant to the Court's rulings at the Conference, the Court Orders as follows:

1) By **Friday, January 21, 2022**, Plaintiffs shall supplement their computation of damages disclosure (ECF Nos. 376-1–376-2), to identify: (i) the interest rates used in Plaintiffs' calculations; and (ii) any additional documents on which Plaintiffs relied in calculating their damages (the "January Supplement"). Plaintiffs shall identify these documents "with specificity and by reference to particular Bates numbers[.]" (ECF No. 368). As the Court stated during the Conference, the January Supplement shall be without prejudice to further development of computation of damages evidence in Expert Discovery.

2) Plaintiffs shall provide supplemental responses to Defendant Dan Ray's First Set of Interrogatories as revised during the Conference and as set forth below:

   a. By **Friday, January 7, 2022**, Plaintiffs shall respond to Interrogatory No. 1, limiting their response to the first five projects chronologically: Meade, Bragg, Monterey Bay, Stewart, and Detrick, without prejudice to Defendants' right to seek responses as to other projects.

   b. By **Friday, January 21, 2022**, Plaintiffs shall respond to Interrogatories Nos. 3, 4, 5, and 6.

3) The parties shall order a Transcript of the Conference.

4) By **5:00 pm on Wednesday, January 5, 2022**, any party wishing to do so may file a letter listing, without argument, additional discovery disputes requiring the Court's intervention.  Responses will not be permitted.

A Telephone Discovery Conference is scheduled **Thursday, January 6, 2022 at 2:00 pm** on the Court's conference line.  The parties are directed to call: (866) 390- 1828; access code: 380-9799, at the scheduled time.

Dated:      New York, New York
            December 17, 2021

                                            SO ORDERED.

                                            _____
                                            **SARAH L. CAVE**
                                            **United States Magistrate Judge**