UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MONTEREY BAY MILITARY HOUSING, LLC, MONTEREY BAY LAND, LLC, MEADE COMMUNITIES LLC, FORT BLISS/WHITE SANDS MISSILE RANGE HOUSING LP, RILEY COMMUNITIES LLC, FORT LEAVENWORTH FRONTIER HERITAGE COMMUNITIES, I, LLC, FORT LEAVENWORTH FRONTIER HERITAGE COMMUNITIES, II, LLC, CARLISLE/ PICATINNY FAMILY HOUSING LP, BRAGG COMMUNITIES LLC, FORT DETRICK/WALTER REED ARMY MEDICAL CENTER LLC, PICERNE-FORT POLK FUNDING, LLC, RUCKER COMMUNITIES LLC, STEWART HUNTER HOUSING LLC, SILL HOUSING, LLC, AETC HOUSING LP, AMC WEST HOUSING LP, LACKLAND FAMILY HOUSING, LLC, and VANDENBERG HOUSING LP,<br><br>　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>AMBAC ASSURANCE CORPORATION, JEFFERIES MORTGAGE FINANCE, INC., JEFFERIES & COMPANY, INC., JEFFERIES LLC, JEFFERIES GROUP LLC, DANNY RAY, and CHETAN MARFATIA,<br><br>　　　　　　　　Defendants. | Case No. 1:19-CV-09193-PGG<br><br>Judge Paul G. Gardephe<br>Magistrate Judge Sarah L. Cave |

**MOTION FOR WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that pursuant to Local Civil Rule 1.4 of the Rules of the United States District Court for the Southern District of New York, Gage Spencer & Fleming LLP ("GSF"), counsel for Plaintiffs in the captioned matter in their claims against Jefferies Mortgage Finance, Inc., Jefferies & Company, Inc., Jefferies LLC, and Jefferies Group LLC (together

"Jefferies Defendants"), respectfully moves this Court for entry of an Order of Withdrawal of Counsel.

WHEREAS, on November 12, 2019, the Court granted the motion filed by Kirkland & Ellis LLP for withdrawal of counsel in connection with Plaintiffs' claims against the Jefferies Defendants and for the substitution of GSF in connection with Plaintiffs' claims against the Jefferies Defendants;

WHEREAS, on September 9, 2021, attorneys from Brown Rudnick LLP ("Brown Rudnick") entered appearances as counsel for Plaintiffs in connection with all of Plaintiffs' claims in this action;

WHEREAS, Brown Rudnick is now acting as lead counsel for Plaintiffs and GSF's services are no longer required;

WHEREAS, Plaintiffs have consented to the withdrawal of GSF from this matter, with Brown Rudnick continuing to serve as Plaintiffs' counsel with respect to all of Plaintiffs' claims in this action; and

WHEREAS, the withdrawal of counsel will not impact any existing Court deadlines or otherwise cause delay or prejudice to Defendants;

GSF respectfully requests that the Court grant the Motion for Withdrawal of Counsel and allow the withdrawal of Gage Spencer & Fleming LLP.

Dated: New York, New York
       January 5, 2022

Respectfully submitted,

GAGE SPENCER & FLEMING LLP

*/s/ William B. Fleming*
William B. Fleming
410 Park Avenue, Suite 810
New York, New York 10022
Tel. (212) 768-4900
Fax (212) 768-3629
Email: wfleming@gagespencer.com

BROWN RUDNICK LLP

*/s/ Michael J. Bowe*
Michael J. Bowe
Lauren Tabaksblat
Seven Times Square
New York, New York 10036
Tel. (212) 209-4800
Fax (212) 209-4801
Email: mbowe@brownrudnick.com
Email: ltabaksblat@brownrudnick.com

*Attorneys for Plaintiffs*