**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MONTERAY BAY MILITARY
HOUSING LLC, *et al.*,

                    Plaintiffs,

     - against -

AMBAC ASSURANCE CORP, *et al.*,

                  Defendants.

No. 19 Civ. 9193 (PGG)

## SECOND AMENDMENT TO STIPULATED PROTECTIVE ORDER FOR STANDARD LITIGATION

WHEREAS, the parties to this litigation entered, and the Court approved, a Stipulated Protective Order for Standard Litigation on April 12, 2018, *see* Dkt. No. 135;

WHEREAS, the parties amended that protective order, and the Court approved that amendment, by entering a First Amendment to the Stipulated Protective Order for Standard Litigation on December 2, 2021, *see* Dkt. No. 375 (together with the original Stipulated Protective Order for Standard Litigation, the "Protective Order");

WHEREAS, the United States Department of the Army (the "Army"), the United States Department of the Air Force (the "Air Force"), and Jones Lang LaSalle Americas Inc. ("JLL")— a contractor for the Army and the Air Force—are in receipt of several subpoenas and document requests issued by parties to this litigation seeking documents owned or controlled by the Army or the Air Force and reasonably anticipate that they may receive additional requests in the future (the "Armed Forces Requests");

WHEREAS, the Protective Order affords additional protections to "Parties" (as defined in the Protective Order) seeking to enforce the Protective Order compared to the protections afforded

to "Non-Parties" (as defined in the Protective Order), *see, e.g.*, Dkt. No. 135 ¶ 12.2 (providing "[a]ny Party" the right to "seek leave to reopen the case to enforce the provisions of" the Protective Order, but not Non-Parties);

WHEREAS, the Army and the Air Force seek to ensure that they are afforded the same rights to enforce the confidentiality designations made in documents produced in response to the Armed Forces Requests as would be afforded to a Party as defined in the Protective Order;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, the Army, and the Air Force as follows:

1.      The Army and the Air Force shall have the same rights to enforce the terms of the Protective Order as are afforded to Parties, as that term is defined in paragraph 2.11 of the Protective Order, with respect to documents produced by JLL, the Army, or the Air Force in response to the Armed Forces Requests, including any right to seek judicial enforcement of the Protective Order.

Dated: New York, New York
        March 1, 2022

        DAMIAN WILLIAMS
        United States Attorney for the
        Southern District of New York

By:         /s/ *Zachary Bannon*
        ZACHARY BANNON
        86 Chambers Street, 3rd Floor
        New York, NY 10007
        Tel.: (212) 637-2728
        Fax: (212) 637-2717
        Email: Zachary.Bannon@usdoj.gov
        *Counsel for the Army and Air Force*

By   ___/s/  Scott S. Balber___
Scott S. Balber
Scott.Balber@hsf.com
John J. O'Donnell
John.ODonnell@hsf.com
HERBERT SMITH FREEHILLS NEW
YORK LLP
450 Lexington Avenue
New York, New York 10017
Tel: (917) 542-7600
Fax: (917) 542-7601

*Attorneys for Defendants Jefferies
Mortgage Finance, Inc., Jefferies &
Company, Inc., Jefferies LLC, and Jefferies
Group LLC*

By   ___/s/  Amer S. Ahmed___
Reed Brodsky
rbrodsky@gibsondunn.com
Anne Champion
achampion@gibsondunn.com
Amer S. Ahmed
aahmed@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.4000
Fax: 212.351.4035

*Attorneys for Defendant Dan Ray*

By   ___/s/  Rachel E. Epstein___
Michael B. Carlinsky
michaelcarlinsky@quinnemanuel.com
Rachel E. Epstein
rachelepstein@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor,
New York, New York 10010
Tel.: (212) 849-7000
Fax: (212) 849-7100

Steven G. Madison (pro hac vice)
stevemadison@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Tel.: (213) 443-3000
Fax: (213) 443-3100

*Attorneys for Defendant Ambac
Assurance Corporation*

By   ___/s/  Brian L. Muldrew___

David L. Goldberg
david.goldberg@katten.com
Brian L. Muldrew
brian.muldrew@katten.com
KATTEN MUCHIN ROSENMAN
LLP
575 Madison Avenue
New York, New York 10022-2585
Tel.: (212) 940-8800
Fax: (212) 940-8776

*Attorneys for Defendant Chetan
Marfatia*

By:  _/s/ Lauren Tabaksblat_

Michael J. Bowe
Lauren Tabaksblat

Seth D. Fiur
BROWN RUDNICK LLP
7 Times Square
New York, New York 10036
Telephone: 212.209-4800
Facsimile: 212 209-4801
mbowe@brownrudnick.com
ltabaksblat@brownrudnick.com
sfiur@brownrudnick.com

*Counsel for Plaintiffs*

SO ORDERED:

Dated:  New York, New York
       March __2__, 2022

_____
SARAH L. CAVE
United States Magistrate Judge