UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MONTEREY BAY MILITARY HOUSING, LLC, et al.,

                Plaintiffs,

-v-

AMBAC ASSURANCE CORPORATION, et al.,

                Defendants.

CIVIL ACTION NO.: 19 Civ. 9193 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court held a discovery conference today, April 29, 2022 (the "Conference"), concerning the discovery status letters and motion submitted by: (i) Defendant Ambac Assurance Corporation ("Ambac") ("Ambac's Letter Motion" (ECF No. 444)); "Ambac's Letter" (ECF No. 445)); (ii) the Jefferies Defendants ("Jefferies' Letter" (ECF No. 446)); and (iii) Plaintiffs ("Plaintiffs' Letter" (ECF No. 447)); "Plaintiffs' Opp. Letter" (ECF No. 450)).

Pursuant to the Court's rulings at the Conference, the Court Orders as follows:

1) By **Friday, May 6, 2022**, Plaintiffs (i) shall produce copies of the two productions made by Balfour Beatty Communities, LLC (f/k/a GMH Military Housing headquartered in Pennsylvania) ("BBC"), to the United States Air Force and the Department of Justice, and (ii) respond to Defendants' letter regarding Plaintiffs' privilege log.

2) Plaintiffs' request that Jefferies Defendants produce information relating to the 2014 Non-Prosecution Agreement, as discussed in Plaintiffs' Letter, is DENIED WITHOUT PREJUDICE.

3) Ambac's request to expand Defendants' deposition limit to 92 depositions is held in abeyance pending the May 9, 2022 conference.

1

4) A representative of Clark Realty Capital, LLC ("Clark") shall participate in the May 9, 2022 conference and must be prepared to discuss Clark's preservation of debt selection documents.

A Telephone Discovery Conference is scheduled **Monday, May 9, 2022 at 3:00 pm** on the Court's conference line.  By **5:00 pm on Friday, May 6, 2022**, any party wishing to do so may file a letter of no longer than two (2) pages listing, without argument, discovery disputes requiring the Court's intervention.  Responses will not be permitted.  The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:      New York, New York
            April 29, 2022

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**