UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MONTEREY BAY MILITARY HOUSING, LLC, et al.,

               Plaintiffs,

-v-

AMBAC ASSURANCE CORPORATION, et al.,

               Defendants.

CIVIL ACTION NO.: 19 Civ. 9193 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discovery conference held today, July 5, 2022 (the "Conference"), the Court Orders as follows:

1) By **Tuesday, July 5, 2022**, Plaintiffs shall circulate to all Defendants the proposed search terms for the documents in Clark Realty Capital, LLC's ("Clark") possession. By end of day, July 5, 2022, Defendants shall advise Plaintiffs and Clark of any proposed modifications to the search terms.

2) By **Friday, July 8, 2022**, Clark shall advise the Court of the results of its search and propose a timeline to produce documents.

3) By **5:00 pm on Monday, August 1, 2022**, any party wishing to do so may file a letter of no longer than two (2) pages listing, without argument, outlining discovery disputes requiring the Court's attention during the August 3, 2022 Conference. (See ECF No. 472). Responses will not be permitted.

Dated:    New York, New York
           July 5, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

1