UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MONTEREY BAY MILITARY HOUSING, LLC, et al.,

                              Plaintiffs,

       -v-

AMBAC ASSURANCE CORPORATION, et al.,

                              Defendants.

CIVIL ACTION NO.: 19 Civ. 9193 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discovery conference held today, August 3, 2022, a Telephone Status Conference is scheduled **Wednesday, September 7, 2022 at 5:30 p.m.** on the Court's conference line.  The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.  By **5:00 pm on Tuesday, September 6, 2022**, any party wishing to do so may file a letter of no longer than two (2) pages listing, without argument, discovery disputes requiring the Court's attention during the Conference.  Responses will not be permitted.

Dated:        New York, New York
              August 3, 2022

SO ORDERED.

SARAH L. CAVE
**United States Magistrate Judge**

1