UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MONTEREY BAY MILITARY HOUSING, LLC, et al.,

                            Plaintiffs,

    -v-

AMBAC ASSURANCE CORPORATION, et al.,

                            Defendants.

CIVIL ACTION NO.: 19 Civ. 9193 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discovery conference held today, September 29, 2022 (the "Conference"), the Court orders as follows:

1. By **Wednesday, October 19, 2022**, the parties shall file a joint status letter regarding the privilege log issues raised in the letters filed by Defendants Ambac Assurance and Dan Ray.  (See ECF Nos. 495–96 (the "Privilege Log Letters")).  If the parties are unable to resolve the issues raised in the Privilege Log Letters, they shall so state, and the Court will provide instructions for the parties to deliver to the Court for an in camera review the following:

    a.  20 exemplars (either jointly agreed or 10 from each side) of documents designated as protected by the common interest privilege; and

    b.  20 exemplars (either jointly agreed or 10 from each side) of documents designated as privileged, but as to which Defendants claim versions have been otherwise produced.

2. An in-person status conference is scheduled **Friday, October 28, 2022 at 10:00 a.m.** in Courtroom 18A, 500 Pearl Street, New York, New York (the "Follow-Up Conference").  By **5:00 pm on Wednesday, October 26, 2022**, any party wishing to do

so may file a letter of no longer than three (3) pages listing discovery disputes requiring the Court's attention during the Follow-Up Conference.  Responses will not be permitted.

3.  The parties shall order a Transcript of the Conference and file it on the docket prior to the Follow-Up Conference.

4.  The Court reserves decision on Plaintiffs' motion to compel the Jefferies Defendants' production of documents relating to the 2014 Non-Prosecution Agreement.  (ECF No. 491).

Dated:       New York, New York              SO ORDERED.
             September 29, 2022

_____
SARAH L. CAVE
**United States Magistrate Judge**

2