> Parties' letter-motion seeking to adjourn the Friday, October 28, 2022 discovery conference (the "Conference") (ECF No. 511) is GRANTED, and the Conference is ADJOURNED to **Monday, November 14, 2022 at 2:15 p.m.** in Courtroom 18A, 500 Pearl Street, New York, New York. By **5:00 pm on Wednesday, November 9, 2022**, any party wishing to do so may file a letter of no longer than three (3) pages listing discovery disputes requiring the Court's attention during the Conference. Responses will not be permitted.
>
> The Clerk of Court is respectfully directed to close ECF No. 511.
>
> SO ORDERED 10/25/22
>
> /s/ Sarah L. Cave
> SARAH L. CAVE
> United States Magistrate Judge

**RE:** *Monterey Bay Military Housing LLC, et al. v. Ambac Assurance Corporation, et al.*, No. 19-cv-09193 (PGG) (SLC) (S.D.N.Y.)

Dear Judge Cave:

Plaintiffs write concerning the ongoing disputes regarding Plaintiffs' privilege logs and the October 28, 2022 conference.

As the parties have explained in prior correspondence, since the last conference, Plaintiffs have endeavored to narrow the scope of the dispute concerning Plaintiffs' privilege log. In connection with that work and accompanying document review, we have identified a series of technical errors by our vendor and are working expeditiously to correct them. As a result, Plaintiffs will be making a supplemental production and will produce a revised privilege log to Defendants. To further judicial efficiency and give the parties sufficient time to review and meet and confer, Plaintiffs propose adjourning the conference scheduled for October 28, 2022, or alternatively reserving discussion on the privilege log issues until the next conference date.

Moreover, Plaintiffs seek adjournment of the deadlines set forth in the Court's October 24, 2022 Memorandum Endorsement, which set the deadline for Defendants' position letter to be filed by October 26, 2022 and set the deadline for Plaintiffs' response letter to be filed by October 27, 2022. *See* Dkt. 510. To the extent these disputes are not fully resolved, Plaintiffs believe that the parties will be prepared to raise any outstanding issues with the Court in 1-2 weeks.

Defendants Dan Ray and Ambac do not object to this request.[1]

Respectfully Submitted,

*/s/ Lauren Tabaksblat*
**BROWN RUDNICK LLP**
Lauren Tabaksblat

---

[1] Defendants Marfatia and the Jefferies Entities did not join Defendant Ambac's letter or submit letters to the Court related to the privilege log prior to the September 29, 2022 Status Conference.