# brownrudnick

LAUREN TABAKSBLAT
212.209.4904
LTabaksblat@brownrudnick.com

The Honorable Sarah L. Cave
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1670
New York, New York 10007

> Plaintiffs' letter-motion seeking to file its pre-conference letter, and corresponding exhibits 1–4 under seal, (ECF No. 520) is GRANTED, and the documents at ECF Nos. 519, 519-1 – 519-4 shall remain visible only to the selected parties.
>
> The Clerk of Court is respectfully directed to close ECF No. 520.
>
> *Sarah Cave*
> SARAH L. CAVE
> United States Magistrate Judge
>
> SO ORDERED 11/10/22

**RE:  Monterey Bay Mil. Housing LLC v. Ambac Assurance Corp.
Case No. 1:19 Civ. 09193 (PGG) (SLC)**

Dear Judge Cave:

Pursuant to Federal Rule of Civil Procedure 5.2(d), Rule I(G)(2) of Your Honor's Individual Practices, this Court's Standing Order No. 19-mc-583, and this Court's ECF Rules & Instructions (the "ECF Rules"), we write seeking the Court's approval of an emergency sealing in connection with Plaintiffs' letter to the Court filed today. ECF 519.

The Plaintiffs attached four (4) exhibits to its letter that had been designated by Defendant Jefferies as "CONFIDENTIAL" pursuant to the Stipulated Protective Order in this case (ECF Nos. 135 and 425 the "Protective Order"). *See* ECF 519-1, 519-2, 519-3, 519-4. The Plaintiffs quoted from those documents in their Letter. Accordingly, Plaintiffs are seeking to file the letter and exhibits under seal and made available only to "Selected Parties." ECF Rule 6.9. The Plaintiffs have contacted the ECF Help Desk as prescribed by ECF Rule 21.7. The Plaintiffs respectfully request the Court to file the Letter [ECF 519] and exhibits [ECF 519-1, 519-2, 519-3, 519-4] under seal.

The Court's consideration is greatly appreciated.

Sincerely,

BROWN RUDNICK LLP

*Lauren Tabaksblat*

Lauren Tabaksblat