UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
MONTEREY BAY MILITARY HOUSING,LLC, :
MONTEREY BAY LAND, LLC, MEADE :
COMMUNITIES LLC, FORT BLISS/WHITE :
SANDS MISSILE RANGE HOUSING LP, RILEY :
COMMUNITIES LLC, FORT LEAVENWORTH :
FRONTIERHERITAGE COMMUNITIES, I, LLC, :
FORT LEAVENWORTH FRONTIER HERITAGE :
COMMUNITIES, II, LLC, CARLISLE/ :
PICATINNY FAMILY HOUSING LP, BRAGG :
COMMUNITIES LLC, FORT DETRICK/WALTER :
REED ARMY MEDICAL CENTER LLC, :
PICERNE-FORT POLK FUNDING, LLC, :
RUCKER COMMUNITIES LLC, STEWART : Case No. 1:19-cv-09193-PGG
HUNTER HOUSING LLC, SILL HOUSING, LLC, :
AETC HOUSING LP, AMC WEST HOUSING LP, :
LACKLAND FAMILY HOUSING, LLC, AND : **NOTICE OF MOTION**
VANDENBERG HOUSING LP, :
　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　Plaintiffs, :
　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　v. :
　　　　　　　　　　　　　　　　　　　　　　　:
AMBAC ASSURANCE CORPORATION, :
JEFFERIES MORTGAGE FINANCE, INC., :
JEFFERIES & COMPANY, INC., JEFFERIES LLC, :
JEFFERIES GROUP LLC,DANNY RAY, AND :
CHETAN MARFATIA, :
　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　Defendants. :
------------------------------------------------------------ X

　　　　**PLEASE TAKE NOTICE** that the accompanying memorandum of law, dated November 28, 2022, and all pleadings and proceedings heretofore had herein, the undersigned will move this Court, on behalf of Plaintiffs Monterey Bay Military Housing, LLC, Monterey Bay Land, LLC, Meade Communities LLC, Fort Bliss/White Sands Missile Range Housing LP, Riley Communities LLC, Fort Leavenworth Frontier Heritage Communities, I, LLC, Fort Leavenworth Frontier Heritage Communities, Ii, LLC, Carlisle/ Picatinny Family Housing LP, Bragg Communities LLC,

1

Fort Detrick/Walter Reed Army Medical Center LLC, Picerne-Fort Polk Funding, LLC, Rucker Communities LLC, Stewart Hunter Housing LLC, Sill Housing, LLC, Aetc Housing LP, Amc West Housing LP, Lackland Family Housing, LLC, And Vandenberg Housing LP ("Plaintiffs"), before Honorable Sarah L. Cave, United States Magistrate Judge, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, Courtroom 18A, New York, NY 10007, pursuant to Local Civil Rule 6.3 of the United States District Courts for the Southern District of New York and this Court's inherent powers, for an order granting Plaintiff's motion to reconsider this Court's November 14, 2022 order denying Plaintiffs' motion to compel Jefferies to produce documents related to fraudulent practices in its Mortgage and Asset-Backed Securities Trading Group.

**PLEASE TAKE FURTHER NOTICE** that opposition papers, if any, shall be served by December 12, 2022.

Dated: November 28, 2022

                                                   **BROWN RUDNICK LLP**

                                                   By: /s/ Lauren Tabaksblat
                                                   Michael J. Bowe
                                                   Lauren Tabaksblat
                                                   Seven Times Square
                                                   New York, New York 10036
                                                   Telephone: 212.209-4800
                                                   Facsimile:  212 209-4801
                                                   mbowe@brownrudnick.com
                                                   ltabaksblat@brownrudnick.com

                                                   *Counsel for Plaintiffs*