# brownrudnick

LAUREN TABAKSBLAT
212.209.4904
LTabaksblat@brownrudnick.com

November 29, 2022

The Honorable Sarah L. Cave
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1670
New York, New York 10007

**RE:   Monterey Bay Mil. Housing LLC v. Ambac Assurance Corp.
Case No. 1:19 Civ. 09193 (PGG) (SLC)**

Dear Judge Cave:

Pursuant to Federal Rule of Civil Procedure 5.2(d), Rule I(G)(2) of Your Honor's Individual Practices, this Court's Standing Order No. 19-mc-583, and this Court's ECF Rules & Instructions (the "ECF Rules"), we write seeking the Court's approval of an emergency sealing in connection with Plaintiffs' Memorandum of Law in Support of its Motion for Reconsideration, filed yesterday November 28, 2022. ECF 530.

In the Memorandum, Plaintiffs' quote deposition testimony that has been designated temporarily confidential pursuant to the Stipulated Protective Order in this case (ECF Nos. 135 and 425 the "Protective Order"). Accordingly, Plaintiffs are seeking to file the Memorandum under seal and made available only to "Selected Parties." ECF Rule 6.9. The Plaintiffs have contacted the ECF Help Desk as prescribed by ECF Rule 21.7. The Plaintiffs respectfully request the Court to file its Memorandum of Law (ECF 530) under seal.

The Court's consideration is greatly appreciated.

> Plaintiffs' letter-motion seeking to file the Memoranda of Law in Support of its Motion to Reconsider (ECF No. 533) is GRANTED, and the documents at ECF Nos. 530 and 532 shall remain visible only to the selected parties. By **today, Tuesday, November 29, 2022**, Plaintiffs shall file a Memorandum of Law in Support of its Motion to Reconsider, redacting deposition testimony that has been designated temporarily confidential pursuant to the Stipulated Protective Order and its subsequent amendments. (ECF Nos. 135; 375; 425).
>
> The Clerk of Court is respectfully directed to close ECF No. 533.
>
> SO ORDERED 11/29/22
>
> /s/ Sarah L. Cave
> SARAH L. CAVE
> United States Magistrate Judge