# brownrudnick

LAUREN TABAKSBLAT
212.209.4904
LTabaksblat@brownrudnick.com

November 28, 2022

**VIA ECF**

The Honorable Sarah L. Cave
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1670
New York, New York 10007

> Plaintiffs' letter-motion seeking to file an exhibit to its Memorandum of Law in Support of its Motion to Reconsider (ECF No. 531) is GRANTED, and the document at ECF No. 532-2 shall remain visible only to the selected parties.
>
> The Clerk of Court is respectfully directed to close ECF No. 531.
>
> SO ORDERED 11/29/22
>
> SARAH L. CAVE
> United States Magistrate Judge

RE:   Monterey Bay Military Housing, LLC et al v. Ambac Assurance Corporation et al
      (S.D.N.Y. 1:19-cv-09193-PGG)

Dear Judge Cave,

    On behalf of Plaintiffs, we submit this letter motion requesting the Court's permission to file an exhibit temporarily under seal. Namely, Plaintiffs have filed a single exhibit — the transcript of the Discovery Conference held on Monday November 14, 2022 — in connection with Plaintiffs' Motion for Reconsideration. (ECF No. 530). That transcript has been filed to the docket temporarily under seal pending notice by any party of intent to request redactions. (*See* ECF No. 525, noting release of transcript restriction until February 15, 2023).

    While we do not anticipate any party will see redactions to this transcript, out of an abundance of caution, we are filing the exhibit temporarily under seal pending the release of the transcript to the public docket.

    The Court's consideration is greatly appreciated.

Respectfully submitted,

**BROWN RUDNICK LLP**


/s/ Lauren Tabaksblat