# brownrudnick

LAUREN TABAKSBLAT
212.209.4904
LTabaksblat@brownrudnick.com

The Honorable Sarah L. Cave
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1670
New York, New York 10007

> Plaintiffs' letter-motion seeking to file its letter, which references exemplars of documents Plaintiffs withheld as privileged and have been submitted to the Court for in camera review and its corresponding exhibit, under seal (ECF No. 544) is GRANTED, and the documents at ECF Nos. 545 and 545-1 shall remain visible only to the selected parties.
>
> The Clerk of Court is respectfully directed to close ECF No. 544.
>
> SO ORDERED 12/07/22
>
> SARAH L. CAVE
> United States Magistrate Judge

**RE: Monterey Bay Mil. Housing LLC v. Ambac Assurance Corp.
Case No. 1:19 Civ. 09193 (PGG) (SLC)**

Dear Judge Cave:

  Pursuant to Federal Rule of Civil Procedure 5.2(d), Rule I(G)(2) of Your Honor's Individual Practices, this Court's Standing Order No. 19-mc-583, and this Court's ECF Rules & Instructions (the "ECF Rules"), we write seeking the Court's approval of a sealed filing in connection with the Plaintiffs' Letter to the Court filed contemporaneously with this Letter Motion to Seal. Due to the privileged and confidential nature of the documents cited and referenced in Plaintiffs' Letter, which are exemplars of documents Plaintiffs withheld for privilege and have been submitted for *in camera* review, the Plaintiffs request to seal the Letter. The Plaintiffs also seek the Court's leave to file Exhibit 1 to the Plaintiffs' Letter under seal, which is a partnership agreement which governs Plaintiff Carlisle/Picatinny Family Housing LP. The Exhibit has been produced by Plaintiffs in this matter and designated Confidential pursuant to the Stipulated Protective Order. *See* ECF No. 135.

  The Court's consideration is greatly appreciated.

                 Sincerely,

                 BROWN RUDNICK LLP

                 Lauren Tabaksblat