# brownrudnick

LAUREN TABAKSBLAT
212.209.4904
LTabaksblat@brownrudnick.com

The Honorable Sarah L. Cave
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1670
New York, New York 10007

> Plaintiffs' letter-motion seeking to file an excerpt of a deposition transcript that has been designated temporarily confidential, under seal (ECF No. 551) is GRANTED, and the document at ECF No. 552 shall remain visible only to the selected parties.
>
> The Clerk of Court is respectfully directed to close ECF No. 551.
>
> SO ORDERED 12/13/22
>
> *Sarah Cave*
> SARAH L. CAVE
> United States Magistrate Judge

RE: **Monterey Bay Mil. Housing LLC v. Ambac Assurance Corp.
Case No. 1:19 Civ. 09193 (PGG) (SLC)**

Dear Judge Cave:

Pursuant to Federal Rule of Civil Procedure 5.2(d), Rule I(G)(2) of Your Honor's Individual Practices, this Court's Standing Order No. 19-mc-583, and this Court's ECF Rules & Instructions (the "ECF Rules"), we write seeking the Court's approval of sealing in connection with Exhibit A to Plaintiffs' Memorandum of Law in Support of its Motion for Reconsideration, filed on November 28, 2022. ECF 530.

Exhibit A is an excerpt of a deposition transcript that has been designated temporarily confidential pursuant to the Stipulated Protective Order in this case (ECF Nos. 135 and 425 the "Protective Order"). Accordingly, Plaintiffs are seeking to file Exhibit A under seal and made available only to "Selected Parties." ECF Rule 6.9. The Plaintiffs respectfully request the Court to file Exhibit A to the Memorandum of Law in Support of its Motion for Reconsideration under seal.

The Court's consideration is greatly appreciated.

Sincerely,

BROWN RUDNICK LLP

*Lauren Tabaksblat*

Lauren Tabaksblat