UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MONTEREY BAY MILITARY HOUSING, LLC, et al., <br><br> Plaintiffs, <br><br> -v- <br><br> AMBAC ASSURANCE CORPORATION, et al., <br><br> Defendants. | CIVIL ACTION NO.: 19 Civ. 9193 (PGG) (SLC) <br><br> **ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

In Plaintiffs' letter responding to Defendants Ambac Assurance Corporation and Dan Ray (together, the "Defendants") November 29, 2022 letter discussing privilege log issues, Plaintiffs state that they have "provided Defendants with attorney affiliation lists detail[ing] the nature of the relationship and privilege with third party advisors[,]" i.e., the "Second Supplemental Attorney Affiliation List[,]" (the "List").  (ECF No. 545 at 3 n.11).  Although Plaintiffs have provided the List for the Court's review, (see ECF No. 539-5), Plaintiffs have not provided its previous iterations, presumably the Attorney Affiliation List and the First Supplemental Attorney Affiliation List (together, the "Prior Lists").  Accordingly, by **Thursday, December 15, 2022**, Plaintiffs shall file the Prior Lists.

Dated:  New York, New York
        December 14, 2022

SO ORDERED.

_(signature)_
**SARAH L. CAVE**
**United States Magistrate Judge**