**brownrudnick**

LAUREN TABAKSBLAT
212.209.4904
LTabaksblat@brownrudnick.com

> Plaintiffs' letter-motion seeking to file under seal its pre-conference letter, the Declaration of Lauren Tabaksblat (the "Declaration"), and the Declaration's corresponding exhibits (ECF No. 566) is GRANTED. The Clerk of Court is respectfully directed to (i) seal the documents at ECF Nos. 567 and 567-1 – 567-3 which shall remain visible only to the selected parties, and (ii) close ECF No. 566.
>
> SO ORDERED 12/15/22
>
> *Sarah L. Cave*
> SARAH L. CAVE
> United States Magistrate Judge

The Honorable Sarah L. Cave
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1670
New York, New York 10007

RE:   **Monterey Bay Mil. Housing LLC v. Ambac Assurance Corp.
      Case No. 1:19 Civ. 09193 (PGG) (SLC)**

Dear Judge Cave:

    Pursuant to Federal Rule of Civil Procedure 5.2(d), Rule I(G)(2) of Your Honor's Individual Practices, this Court's Standing Order No. 19-mc-583, and this Court's ECF Rules & Instructions (the "ECF Rules"), we write seeking the Court's approval of a sealed filing in connection with the Plaintiffs' Letter to the Court filed contemporaneously with this Letter Motion to Seal. Plaintiffs seek approval to file the Letter to the Court, the Declaration of Lauren Tabaksblat, and Exhibits 1-3 attached to the Declaration of Lauren Tabaksblat.

    The Letter quotes from the transcript from the November 14, 2022 conference (ECF No. 532-2). The conference transcript was temporarily filed to the public docket under seal, pending notice by any party to request redactions (ECF No. 525). Plaintiffs do not believe the quoted text merits sealing but are filing under seal pending the release of the transcript to the public docket. The Letter also quotes from the transcripts of the November 17, 2022 deposition of Craig Sands, and the November 18, 2022 deposition of Catherine Martinez. At the depositions, the parties agreed to designate these transcripts as confidential and follow up with any specific designations at a later date. Plaintiffs have not received notice from Defendants regarding any confidentiality designations associated with these transcripts. Plaintiffs are filing the Letter and Exhibits 1-2 (excerpts from the depositions of Mr. Sands and Ms. Martinez) pending Defendants' confidentiality designations.

    The Court's consideration is greatly appreciated.

Sincerely,

**BROWN RUDNICK LLP**

*Lauren Tabaksblat*

Lauren Tabaksblat