# brownrudnick

LAUREN TABAKSBLAT
212.209.4904
LTabaksblat@brownrudnick.com

> Plaintiffs' letter-motion seeking to file under seal its reply in support of its motion for reconsideration (ECF No. 570) is GRANTED. The Clerk of Court is respectfully directed to (i) seal the document at ECF No. 571 which shall remain visible only to the selected parties, and (ii) close ECF No. 570.
>
> SO ORDERED 12/15/22
>
> *Sarah L. Cave*
> SARAH L. CAVE
> United States Magistrate Judge

The Honorable Sarah L. Cave
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1670
New York, New York 10007

RE: **Monterey Bay Mil. Housing LLC v. Ambac Assurance Corp.
Case No. 1:19 Civ. 09193 (PGG) (SLC)**

Dear Judge Cave:

Pursuant to Federal Rule of Civil Procedure 5.2(d), Rule I(G)(2) of Your Honor's Individual Practices, this Court's Standing Order No. 19-mc-583, and this Court's ECF Rules & Instructions (the "ECF Rules"), we write seeking the Court's approval of sealing in connection with Plaintiffs' Reply in Support of its Motion for Reconsideration. ECF 529.

In Plaintiffs' Reply, references are made to deposition testimony that has been designated confidential by Jefferies pursuant to the Stipulated Protective Order in this case (ECF Nos. 135 and 425 the "Protective Order"). Accordingly, Plaintiffs have applied limited redactions to these references to the publicly available version of the Reply. Consistent with the ECF Rules, an unredacted version of the Reply will be filed on ECF and made available only to "Selected Parties." ECF Rule 6.9. The Plaintiffs respectfully request the Court to file that version of the Reply under seal.

The Court's consideration is greatly appreciated.

Sincerely,

BROWN RUDNICK LLP

*Lauren Tabaksblat*

Lauren Tabaksblat