UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MONTEREY BAY MILITARY HOUSING, LLC, et al.,

                    Plaintiffs,

-v-

AMBAC ASSURANCE CORPORATION, et al.,

                    Defendants.

CIVIL ACTION NO.: 19 Civ. 9193 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On December 21, 2022, the Court temporarily filed under seal its Opinion and Order (ECF No. 584 (the "Dec. 21 O&O")) due to references to sealed filings, and invited the parties to submit to the Court any proposed redactions to the Dec. 21 O&O by December 28, 2022. (Id. at 14). To date, the parties have not filed any proposed redactions to the Dec. 21 O&O. Accordingly, the Clerk of Court is respectfully directed to un-seal the Dec. 21 O&O (ECF No. 584), which shall now be viewable to the public.

Dated:      New York, New York
               December 29, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

1