**brownrudnick**

ROBERT MCFARLANE
rmcfarlane@brownrudnick.com
212.209.4852

May 4, 2022

**VIA ECF**

Hon. Paul G. Gardephe
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1670
New York, NY 10007-1312

> **MEMO ENDORSED:**
> This motion is denied as moot because the transcript at issue has been publicly filed at Dkt. Nos. 454, 459. The Clerk of Court is directed to terminate the motion at Dkt. No. 457.
>
> SO ORDERED.
>
> _/s/ Paul G. Gardephe_
> Paul G. Gardephe
> United States District Judge
>
> Dated: January 25, 2023

RE: *Monterey Bay Mil. Housing, LLC et al. v. Ambac Assurance Corp. et al.*
Case No. 1:19 Civ. 9193 (PGG) (SLC) (S.D.N.Y)

**Filing of Exhibit Under Seal**

Dear Judge Gardephe,

On behalf of Plaintiffs, we submit this letter motion requesting the Court's permission to file an exhibit temporarily under seal. Namely, Plaintiffs have filed a single exhibit – the transcript of the Discovery Conference held on Friday, April 29, 2022 – in connection with Plaintiffs' Opposition to Defendant Jefferies' Motion for Severance (ECF No. 456). That transcript has been filed to the docket temporarily under seal pending notice by any party of intent to request redactions. *See* ECF No. 454 (noting release of transcript restriction until August 1, 2022).

While we do not anticipate that any party will seek redactions to this transcript, out of an abundance of caution, we are filing the exhibit temporarily under seal pending the release of the transcript to the public docket.

The Court's consideration is greatly appreciated.

Respectfully,

BROWN RUDNICK LLP

By: */s/ Robert McFarlane*
Robert McFarlane
Seven Times Square
New York, New York 10036
Tel: (212) 209-4852