**brownrudnick**

LAUREN TABAKSBLAT
212.209.4904
LTabaksblat@brownrudnick.com

> Plaintiff's letter-motion seeking to file (i) certain privileged exhibits via the Court's file transfer platform and (ii) its response letter under seal (ECF No. 608) is GRANTED IN PART AND DENIED IN PART. To the extent Plaintiff seeks to file supporting exhibits via the Court's file transfer platform, it may do so. As for the response letter, however, Plaintiffs may file a redacted version for the public docket, as well as a sealed version for the parties' review.
>
> The Clerk of Court is respectfully directed to close ECF No. 608.
>
> SO ORDERED 01/26/23
>
> *Sarah L. Cave*
> SARAH L. CAVE
> United States Magistrate Judge

The Honorable Sarah L. Cave
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1670
New York, New York 10007

RE: **Monterey Bay Mil. Housing LLC v. Ambac Assurance Corp.
Case No. 1:19 Civ. 09193 (PGG) (SLC)**

Dear Judge Cave:

    Pursuant to the Court's January 24, 2023 Order, Plaintiffs will be filing a letter in response to the January 23, 2023 letter submitted by defendants Ambac and Dan Ray. *See* ECF Nos. 603, 604. Plaintiffs write to seek the Court's permission to file certain privileged exhibits to Plaintiffs' response letter via the Court's file transfer platform for i*n camera* review.

    Additionally, pursuant to Federal Rule of Civil Procedure 5.2(d), Rule I(G)(2) of Your Honor's Individual Practices, this Court's Standing Order No. 19-mc-583, and this Court's ECF Rules & Instructions (the "ECF Rules"), Plaintiffs request the Court's leave to file Plaintiffs' response letter under seal. Plaintiffs' letter cites to the December 19, 2022 conference transcript (Dkt. 590), which is not yet available to the public and also references privileged and confidential documents, some of which are designated as Confidential pursuant to the stipulated Protective Order in this case [Dkt. No. 375].

    The Court's consideration is greatly appreciated.

                                   Sincerely,

                                   **BROWN RUDNICK LLP**

                                   Lauren Tabaksblat