UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MONTEREY BAY MILITARY HOUSING, LLC, et al.,<br><br>  Plaintiffs,<br>-v-<br><br>AMBAC ASSURANCE CORPORATION, et al.,<br><br>  Defendants. | CIVIL ACTION NO.: 19 Civ. 9193 (PGG) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

On January 4, 2023, the Clerk of Court temporarily filed under seal the transcript of the December 19, 2022 conference with the Court (ECF No. 590 (the "Dec. 19 Transcript")), and invited the parties to submit any proposed redactions by January 25, 2023.  (Id. at 14). To date, the parties have not filed any proposed redactions to the Dec. 19 Transcript.  Accordingly, the Clerk of Court is respectfully directed to un-seal the Dec. 19 Transcript (ECF No. 590), which shall now be viewable to the public.

Dated:  New York, New York  
        January 26, 2023

SO ORDERED.

_[signature]_  
**SARAH L. CAVE**  
**United States Magistrate Judge**