**brownrudnick**

LAUREN TABAKSBLAT
212.209.4904
LTabaksblat@brownrudnick.com

January 26, 2023

The Honorable Sarah L. Cave
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1670
New York, New York 10007

RE: **Monterey Bay Mil. Housing LLC v. Ambac Assurance Corp.
Case No. 1:19 Civ. 09193 (PGG) (SLC)**

Dear Judge Cave:

Pursuant to the Court's January 24, 2023 Order, Plaintiffs will be filing a letter in response to the January 23, 2023 letter submitted by defendants Ambac and Dan Ray. *See* ECF Nos. 603, 604. Plaintiffs will file certain exhibits (Exs. 1, 4 and 5) to their response via the Court's file transfer platform for *in camera* review pursuant to this Court's Order. *See* ECF No. 611. The Plaintiffs will file the response under seal and file a public redacted version pursuant to this Court's Order. *Id.*

Additionally, pursuant to Federal Rule of Civil Procedure 5.2(d), Rule I(G)(2) of Your Honor's Individual Practices, this Court's Standing Order No. 19-mc-583, and this Court's ECF Rules & Instructions (the "ECF Rules"), Plaintiffs request the Court's leave to file the remaining exhibits to Plaintiffs' response letter under seal. Plaintiffs' Exhibits 2, 3, and 6-22 have been produced by Plaintiffs in this matter and designated Confidential pursuant to the Stipulated Protective Order. *See* ECF No. 135.

The Court's consideration is greatly appreciated.

Sincerely,

BROWN RUDNICK LLP

Lauren Tabaksblat

---

Plaintiff's letter-motion seeking to file its response letter and certain exhibits under seal (ECF No. 612) is GRANTED. The Clerk of Court is respectfully directed to (i) seal the documents at ECF Nos. 613, 613-2, 613-3, and 613-6 through 613-22 which shall remain visible only to the selected parties, (ii) unseal the documents at ECF Nos. 613-1, 613-4, and 613-5 which shall be made viewable to the public, and (iii) close ECF No. 612.

SARAH L. CAVE
United States Magistrate Judge

SO ORDERED 01/27/23