UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MONTEREY BAY MILITARY HOUSING, LLC, et al.,

                              Plaintiffs,

-v-

AMBAC ASSURANCE CORPORATION, et al.,

                              Defendants.

CIVIL ACTION NO.: 19 Civ. 9193 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On February 9, 2023, the U.S. Department of the Army (the "Army") and the U.S. Department of the Air Force filed a status letter advising the Court that the Army and Defendant Ambac Assurance Corporation ("Ambac") could not agree on Rule 30(b)(6) topics. (ECF No. 630). On February 10, 2023, the Court directed (i) the Army and Ambac (together, the "Parties") to meet and confer to resolve the outstanding Rule 30(b)(6) topics, and to the extent any topics remain in dispute, (ii) the Parties to file a joint letter providing to the Court a list of the topics and, if any, the Parties' competing proposals for those that remain in dispute (the "Joint Letter") by February 15, 2023. (ECF No. 631). To date, the Parties have not filed the Joint Letter. Accordingly, by **Friday, February 17, 2023**, the Parties shall file either (i) the Joint Letter, or (ii) a status letter advising the Court that they have reached an agreement on the Rule 30(b)(6) topics.

Dated:      New York, New York
             February 16, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**