UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MONTEREY BAY MILITARY HOUSING, LLC, et al.,

                        Plaintiffs,

        -v-

AMBAC ASSURANCE CORPORATION, et al.,

                        Defendants.

CIVIL ACTION NO.: 19 Civ. 9193 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of Defendants' motion for an order to compel Plaintiffs to make a corporate witness available for the consolidated Rule 30(b)(6) depositions of third-party Michaels Military Housing, LLC and Plaintiffs Fort Leavenworth Frontier Heritage Communities, I, LLC and Fort Leavenworth Frontier Heritage Communities, II, LLC, and the opposition filed by Plaintiffs.  (ECF Nos. 644 (the "Letter-Motion"); 645)  Accordingly, the Court orders as follows:

1.  In accordance with Court's Individual Practices in Civil Cases, the Court construes the Letter-Motion as a motion for a conference with the Court, and the Letter-Motion is DENIED.

2.  The deadline for the parties to complete party depositions is EXTENDED to **Friday, March 31, 2023**, to enable the parties to complete Rule 30(b)(6) depositions of Mr. Erik Roberson and Mr. Matt Sullivan <u>only</u>.  All other party depositions must be completed by **Friday, March 24, 2023**.  (<u>See</u> ECF No. 635).

1

Dated:      New York, New York                SO ORDERED.
            March 20, 2023

_____
SARAH L. CAVE
United States Magistrate Judge