# Exhibit 10

# brownrudnick

MARCUS T. STRONG
MStrong@brownrudnick.com

March 16, 2023

Taylor Jones
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue
New York, NY 10010
taylorjones@quinnemanuel.com

Barron Flood
Herbert Smith Freehills New York LLP
450 Lexington Avenue, 14th Floor
New York, NY 10017
barron.flood@hsf.com

RE: **Monterey Bay Military Housing, LLC et al v. Ambac Assurance Corporation et al (S.D.N.Y. 1:19-cv-09193-PGG)**

Dear Counsel:

Consistent with the parties' meet and confer on March 8, 2023, I write on behalf of Plaintiffs to provide proposed search terms for certain Documents and Communications responsive to Plaintiff's document requests.

I. Search Terms for Ambac back-end/cover swap documents and front-end swap novations/terminations for the Leavenworth, Rucker, Riley, and AETC swap transactions

- ("Swap Transaction" OR "Rate Swap") AND (rat* /3 (interest OR fixed OR variable)) AND (Leavenworth OR Rucker OR Riley OR AETC)
- (Novation /3 (transaction OR confirmation)) AND (rat* /3 (interest OR fixed OR variable)) AND (Leavenworth OR Rucker OR Riley OR AETC)

II. Search Terms for Hedge documents from Jefferies for the Sill and Bliss (2012) loan rate locks and from GMAC for Leavenworth, Rucker, Riley, and AETC

- ("Swap Transaction" OR "Rate Swap") AND (rat* /3 (interest OR fixed OR variable)) AND (Leavenworth OR Rucker OR Riley OR AETC)
- ("Swap Transaction" OR "Rate Swap") AND (rat* /3 (interest OR fixed OR variable)) AND (Bliss OR Sill)
- ("ISDA" /5 agreement) AND (rat* /3 (interest OR fixed OR variable)) AND (Leavenworth OR Rucker OR Riley OR AETC)

Brown Rudnick LLP | brownrudnick.com | 7 Times Square, New York, NY, 10036 | 1.212.209.4800



March 16, 2023
Page 2

- ("ISDA" /5 agreement) AND (rat* /3 (interest OR fixed OR variable)) AND (Bliss OR Sill)
- (Rate w/3 lock*) AND (rat* /3 (interest OR fixed OR variable)) AND (Leavenworth OR Rucker OR Riley OR AETC)
- (Rate w/3 lock*) AND (rat* /3 (interest OR fixed OR variable)) AND (Bliss OR sill)
- ("interest only strip*" OR "IO strip*" OR (interest w3 (only OR strip))) AND (rat* /3 (interest OR fixed OR variable)) AND (Bliss OR Sill)
- (trade w/3 (ticket OR confirm* OR certificate OR date) AND (rat* /3 (interest OR fixed OR variable)) AND (Leavenworth OR Rucker OR Riley OR AETC)
- (trade w/3 (ticket OR confirm* OR certificate OR date) AND (rat* /3 (interest OR fixed OR variable)) AND (Bliss OR Sill)
- Hedg* AND (rat* /3 (interest OR fixed OR variable)) AND (Leavenworth OR Rucker OR Riley OR AETC)
- Hedg* AND (rat* /3 (interest OR fixed OR variable)) AND (Bliss OR Sill)

III.     Search Terms for Bloomberg Documents and Communications

- CUSIP Numbers:
    - ("14069BAA2" OR "Series A1 2007")
    - ("14069BAB0" OR "Series A2 2008")
    - ("14070EAA3" OR "Series A1a 2008")
    - ("14070EAB1" OR "Series A2 2008")
    - ("14070EAC9" OR "Series A1b 2009")
    - ("14066EAA9" OR "Series 2006")
    - ("36186XAA5" OR "Series A-1 2005")
    - ("36186XAB3" OR "Series A-2 2005")
    - ("36186XAE7" OR "36186XAD9")
    - ("36185PAA3" OR "Series 2003")
    - ("36185PAB1" OR "Series 2007")
    - ("38011YAA0" OR "Series 2004")
    - ("38012MAA5" OR "Series A-2 2006")
    - ("38012MAB3" OR "Series A-2 2006")
    - ("38011WAA4" OR "Series 2002")
    - ("36186EAA7" OR "Series 2003")
    - ("38011SAC9" OR "Series A-3 2004")
    - ("14066AAA7" OR "Series A-1 2006")
    - ("14066AAB5" OR "Series A-2, 2006")
    - ("38012NAA3" OR "Series A-1 2006")
    - ("38012NAB1" OR "Series A-2 2006")
    - ("36186TAA4" OR "Series 2003A")
    - ("36186TAB2" OR "Series 2003B")
    - ("36186TAC0" OR "Series 2008")
    - ("14070RAA4" OR "Series A1 2008")

March 16, 2023
Page 3

- o ("14070RAB2" OR "Series A2 2008")
- o ("14070CAA7" OR "Series 2007")
- o ("47232XAA6" OR "2010-Sill A")

- Certificates:
    - o ((Capmark OR GMAC OR Jefferies) /3 "Military Housing Trust") AND (((AETC OR AMC OR Carlisle OR Picatinny OR Bliss OR Bragg OR Detrick OR Leavenworth OR Meade OR Monterey OR Polk OR Riley Or Rucker OR Stewart OR Lackland OR Vandenberg OR Sill) /6 Certif*) OR "XXX")
    - o "Capmark Military Housing Trust XXIII AETC Group I Project Certificates"
    - o "Capmark Military Housing Trust XXXIX AMC West Project Certificates"
    - o "Capmark Military Housing Trust XXX"
    - o "GMAC Commercial Military Housing Trust XXI Fort Bliss & WSMR Project Certificates"
    - o "GMAC Commercial Military Housing Trust AETC Group I Project Certificates"
    - o "GMAC Commercial Military Housing Trust IX Fort Bragg Project Certificates"
    - o "GMAC Commercial Military Housing Trust IX Fort Bragg II UPH Project Certificates"
    - o "GMAC Commercial Military Housing Trust XV Fort Detrick & Walter Reed AMC Project Certificates"
    - o "GMAC Commercial Military Housing Trust XXVII Fort Leavenworth Project Certificates"
    - o "GMAC Commercial Military Housing Trust II Fort Meade Project Certificates"
    - o "GMAC Commercial Military Housing Trust X Presidio of Monterey Project Certificates"
    - o "GMAC Commercial Military Housing Trust XVII Fort Polk Project Certificates"
    - o "Capmark Military Housing Trust XXIX Fort Riley Project Certificates"
    - o "GMAC Commercial Military Housing Trust XXVIII Fort Rucker Project Certificates"
    - o "GMAC Commercial Military Housing Trust XI Fort Stewart and Hunter Army Airfield Project Certificates"
    - o "GMAC Commercial Military Housing Trust XI Fort Stewart II UPH Project Certificates"
    - o "Capmark Military Housing Trust XXXII Lackland AFB Project Certificates"
    - o "Capmark Military Housing Trust XXXVIII Vandenberg AFB Project Certificates"
    - o "Jefferies Military Housing Trust XLI Fort Sill Project Certificates"

- Personnel:
    - o (Chet* OR Marfatia)
    - o (Ansel w/2 Duvivier)
    - o ((Robert OR "Bob) w/2 Genader)



March 16, 2023
Page 4

- o (David w/2 Trick)
- o (Greg* w/2 Mayer)
- o ((Eulogio OR Joe) w/2 Ramos)
- o (Kelly w/2 Wimmer)
- o (Maria w/2 Spinelli)
- o (Maria w/2 Cush)
- o (Pete* w/2 Hoffman)
- o ((Robert OR Bob) w/2 Shoback)
- o (Ste* w/2 Dymant)
- o ((Thomas OR Tom) w/2 Gandolfo)
- o (Dan* w/2 Ray)
- o (Cat* w/2 Martinez)
- o (Rob* w/2 McIntire)
- o (Craig w/2 Sands)
- o ((Charles OR Chuck) w/2 Dunleavy)
- o (Dav* w/2 Lausa)
- o (Helen w/2 Gair)
- o ((James OR Jim*) w/2 Parsley)
- o (Kat* w/2 Thomas)
- o (Tim* w/2 Zarlengo)
- o (Jo* w/2 Accurso)
- o (Joha* w/2 Eveland)
- o (Richard w/2 Handler)
- o (Sonia w/2 Han)
- o (Paul w/2 Frean)

- The following Project search terms will be applied with the above Personnel search terms:

  - o (Monterey)
  - o (Meade)
  - o (Bliss OR White Sands)
  - o (Riley)
  - o (Leavenworth)
  - o (Carlisle OR American Eagle OR Picatinny)
  - o (Bragg)
  - o (Detrick OR Walter Reed)
  - o (Polk)
  - o (Rucker)
  - o (Lackland OR Realm Group)
  - o (Stewart)
  - o (Sill)
  - o (Vandenberg)
  - o (AETC)



March 16, 2023
Page 5

- o (AMC)

Once the parties have had the opportunity to review the above search terms, Plaintiffs are available to meet and confer regarding any proposed revisions or concerns.

Sincerely,

**BROWN RUDNICK LLP**

/s/ Marcus T. Strong
Marcus T. Strong