UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MONTEREY BAY MILITARY HOUSING, LLC, et al.,

                Plaintiffs,

-v-

AMBAC ASSURANCE CORPORATION, et al.,

                Defendants.

CIVIL ACTION NO.: 19 Civ. 9193 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephonic discovery conference held today, April 3, 2023, the Court orders as follows:

1. With respect to the third-party subpoena to Bloomberg L.P. ("Bloomberg") (the "Subpoena"), the Court authorizes Bloomberg to conduct a search, using search terms to be agreed by the parties, for communications for the period from January 1, 2002 through August 31, 2009 between custodians for non-parties GMAC and Capmark (the "Non-Parties") and Bloomberg concerning the MHPI Projects[1] in which the Non-Parties were involved.

2. The non-party depositions of Marc Conner (U.S. Department of the Army (the "Army")), the Rule 30(b)(6) depositions of the Army, U.S. Department of the Air Force, Moodys, and JLL, and the continued deposition of JLL witness Ms. Hill, **may** occur after the April 14, 2023 deadline for non-party depositions. To the extent that the parties have already agreed that other non-parties' depositions could occur after the

---

[1] The MHPI Projects are the 16 privatized military housing projects at 20 military bases throughout the United States operated by Plaintiffs, pursuant to the Military Housing Privatization Initiative of 1996. (ECF No. 584 at 2–3).

1

deadline, the parties shall file a joint letter listing those depositions by **Friday, April 7, 2023**.

Dated:    New York, New York                SO ORDERED.
          April 3, 2023

                                             _____
                                             **SARAH L. CAVE**
                                             **United States Magistrate Judge**