UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MONTEREY BAY MILITARY HOUSING, LLC, et al.,

                            Plaintiffs,

-v-

AMBAC ASSURANCE CORPORATION, et al.,

                            Defendants.

CIVIL ACTION NO.: 19 Civ. 9193 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, April 21, 2023, regarding the request (the "Request") of Defendant Ambac Assurance Corporation ("Ambac") to compel the deposition of Kathleen Ferguson ("Ms. Ferguson"), a former employee of the U.S. Department of the Air Force (the "Air Force"), the Court orders as follows:

1. By **May 5, 2023**, Ambac shall serve on the Air Force a list of no more than 35 questions addressed to Ms. Ferguson (the "Questions"), along with any documents Ambac believes will refresh Ms. Ferguson's recollection in responding to the Questions.

2. By **May 19, 2023**, the Air Force shall serve Ms. Ferguson's responses to the Questions on Ambac.

3. By **June 2, 2023**, Ambac and the Air Force shall file a joint letter reporting on their ability to resolve the Request.

Dated:    New York, New York
            April 21, 2023

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**