

The Honorable Sarah L. Cave
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1670
New York, New York 10007

> The letter-motions at ECF No. 657 and ECF No. 668 to file documents at ECF No. 659 and ECF No. 670 with redactions or under seal are GRANTED.  The documents at ECF No. 658 and ECF No. 669 shall remain as only visible to the selected parties.
>
> The Clerk of Court is respectfully directed to close ECF No. 657 and ECF No. 668.
>
> SO ORDERED     05/03/23
>
> SARAH L. CAVE
> United States Magistrate Judge

**VIA ECF**

Date
April 27 2023

RE:  *Monterey Bay Mil. Housing LLC v. Ambac Assurance Corp.*
      Case No. 1:19 Civ. 09193 (PGG) (SLC)

Dear Judge Cave:

Pursuant to Fed. R. Civ. P. 5.2(d), Rule I(F)(2) of Your Honor's Individual Practices, and Section 6 of this Court's ECF Rules & Instructions (April 24, 2023 edition), Jefferies Mortgage Finance, Inc., Jefferies & Company, Inc., Jefferies LLC, and Jefferies Group LLC (collectively, the "Jefferies Entities") submit this letter motion for approval of a sealed filing in connection with the Jefferies Entities' letter motion of today's date (the "Motion") requesting a conference at which the Jefferies Entities will seek an order reopening Mark Connor's deposition and compelling him to answer questions as to which he was improperly instructed not to answer.

The Motion quotes from and attaches portions of Mr. Connor's April 24, 2023 deposition, which is provisionally designated "Confidential" pursuant to the Stipulated Protective Order in this case (ECF No. 135).  The Motion also attaches an excerpt from Plaintiffs' privilege log, copies of which Plaintiffs have previously filed under seal.

Accordingly, the Jefferies Entities respectfully request the Court's permission to file their Motion under seal with the viewing level "Selected Parties."  Consistent with the ECF Rules, a redacted version of the Motion and its exhibits will also be filed on the public docket.

Respectfully submitted,

/s/ Scott S. Balber

Scott S. Balber

cc:     All Counsel of Record (by ECF)

Herbert Smith Freehills New York LLP and Herbert Smith Freehills, an Australian Partnership, are separate member firms of the international legal practice known as Herbert Smith Freehills.

Herbert Smith Freehills New York LLP is a limited liability partnership registered in England and Wales with registered number OC375072. Its registered office is at Exchange House, Primrose Street, London EC2A 2EG.