

The Honorable Sarah L. Cave
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1670
New York, New York 10007

> The letter-motion at ECF No. 683 to file documents under seal is GRANTED. The documents at ECF No. 684 shall remain as only visible to the selected parties.
>
> The Clerk of Court is respectfully directed to close ECF No. 683.
>
> SO ORDERED.   05/08/2023
>
> SARAH L. CAVE
> United States Magistrate Judge

**VIA ECF**

Date
May 05 2023

**RE:** ***Monterey Bay Mil. Housing LLC v. Ambac Assurance Corp.***
**Case No. 1:19 Civ. 09193 (PGG) (SLC)**

Dear Judge Cave:

Pursuant to Fed. R. Civ. P. 5.2(d), Rule I(F)(2) of Your Honor's Individual Practices, and Section 6 of this Court's ECF Rules & Instructions (April 24, 2023 edition), Jefferies Mortgage Finance, Inc., Jefferies & Company, Inc., Jefferies LLC, and Jefferies Group LLC (collectively, the "Jefferies Entities") submit this letter motion for approval of a sealed filing.

Pursuant to the Court's Order dated May 4, 2023 (ECF No. 681), the Jefferies Entities are filing a complete copy of Mark Connor's April 24, 2024 deposition transcript. The Stipulated Protective Order in this action provides that testimony given in a deposition is presumptively deemed confidential information for a period of ten days after a transcript of the deposition is received. (ECF No. 153 at 5.2(b)). The transcript of Mr. Connor's deposition was received eight days ago, on April 17, 2023.

Accordingly, the Jefferies Entities respectfully request the Court's permission to file their letter attaching the transcript under seal with the viewing level "Selected Parties."

Respectfully submitted,

/s/ Scott S. Balber

Scott S. Balber

cc:    All Counsel of Record (by ECF)

Herbert Smith Freehills New York LLP and Herbert Smith Freehills, an Australian Partnership, are separate member firms of the international legal practice known as Herbert Smith Freehills.

Herbert Smith Freehills New York LLP is a limited liability partnership registered in England and Wales with registered number OC375072. Its registered office is at Exchange House, Primrose Street, London EC2A 2EG.