UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MONTEREY BAY MILITARY HOUSING, LLC, et al.,

                                    Plaintiffs,

        -v-

AMBAC ASSURANCE CORPORATION, et al.,

                                    Defendants.

CIVIL ACTION NO.: 19 Civ. 9193 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, May 12, 2023 (the "Conference"), the Court orders as follows:

1. By **May 15, 2023, at 5:00 p.m.**, Plaintiffs' counsel shall submit to the Court for in camera review the January 4, 2016 and February 5, 2016 emails appearing on Plaintiffs' supplemental privilege log, as discussed during the conference.  The Court will email counsel with instructions for submitting the documents through the Court's file-share system.

2. The U.S. Department of the Air Force's deadline to serve Kathleen Ferguson's responses to questions served by Defendant Ambac Assurance Corporation is EXTENDED from May 19, 2023 to **May 24, 2023**.

3. The parties shall order a transcript of the Conference and file it on the docket.  By **May 15, 2023**, the parties shall complete the annexed transcript request form and submit one request to etranscripts@nysd.uscourts.gov.  If the parties seek to redact any portion of the transcript, they shall file a sealing request.

Dated:     New York, New York     SO ORDERED.
           May 12, 2023

SARAH L. CAVE
**United States Magistrate Judge**

SOUTHERN DISTRICT OF NEW YORK

## Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.

**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE SERVICE:
(prices listed are per page)

| Daily $6.66 | 3 Day $6.00 | 7 Day $5.34 | 14 Day $4.68 | 30 Day $4.02 |
|---|---|---|---|---|

| Your Name | |
|---|---|
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

RESET    PRINT    SAVE    EMAIL