UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MONTEREY BAY MILITARY HOUSING, LLC, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>-v-<br><br>AMBAC ASSURANCE CORPORATION, et al.,<br><br>　　　　　　　　　　Defendants. | CIVIL ACTION NO.: 19 Civ. 9193 (PGG) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

On May 25, 2023, the Court issued an Opinion and Order temporarily under seal, and granted the parties until June 1, 2023 to submit any proposed redactions to the public version to be filed on the docket. (ECF No. 697) (the "Opinion and Order"). The Court has not received a request from any party to redact the Opinion and Order, and therefore ORDERS that the Opinion and Order be made public in its entirety.

The Clerk of Court is respectfully directed to make the Opinion and Order at ECF No. 697 available to the public.

Dated:　　New York, New York　　　　　　　SO ORDERED.
　　　　　　June 2, 2023

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**SARAH L. CAVE**
　　　　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**