UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MONTEREY BAY MILITARY HOUSING, LLC, et al.,<br><br>                  Plaintiffs,<br>-v-<br><br>AMBAC ASSURANCE CORPORATION, et al.,<br><br>                  Defendants. | CIVIL ACTION NO.: 19 Civ. 9193 (PGG) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the parties' joint status letter at ECF No. 705, and orders as follows:

1. The briefing schedule for Defendants' anticipated motions to compel the 30(b)(6) depositions of the Army and the Air Force is ADOPTED.  (ECF No. 705 at 1 ¶ 1).

2. With respect to the parties' representation that "[t]he Jefferies Entities['] motion to compel the Fed. R. Civ. P. 30(b)(6) deposition of Clark Realty Capital LLC remains pending" (ECF No. 705 at 2 ¶ 6; see ECF No. 703 at 2 ¶ 7), the Court previously deemed these issues resolved (ECF No. 484), and the docket does not reflect a pending motion to compel.  To the extent that the Jefferies Entities believe that any issues concerning Clark remain pending, they may file a letter on the docket by **July 12, 2023** addressing the issue.

Dated:      New York, New York
              July 5, 2023

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**

1