**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7485**

WRITER'S EMAIL ADDRESS
**rachelepstein@quinnemanuel.com**

July 11, 2023

**VIA ECF**

Honorable Sarah L. Cave
United States Magistrate Judge
United States District Court for
The Southern District of New York
500 Pearl Street, Room 1670
New York, New York 10007-1312

> The letter-motion at ECF No. 711 to file documents under seal or with redactions is GRANTED. The documents filed at ECF No. 712 shall remain as only visible to the selected parties, with the documents filed at ECF No. 713 visible to the public.
>
> The Clerk of Court is respectfully directed to close ECF No. 711.
>
> SO ORDERED.    7/12/2023
>
> _Sarah Cave_
> SARAH L. CAVE
> United States Magistrate Judge

Re:   *Monterey Bay Military Housing LLC, et al. v. Ambac Assurance Corporation, et al.*,
      No. 19-cv-09193 (PGG) (SLC)

Dear Judge Cave:

Pursuant to Federal Rule of Civil Procedure 5.2(d), Rule I(F)(2) of Your Honor's Individual Practices, this Court's Standing Order No. 19-mc-583, and this Court's ECF Rules & Instructions ("ECF Rules"), Ambac respectfully requests the Court's leave to file under seal Exhibits L and K to its letter-motion for a pre-motion conference to compel the Army to produce a corporate representative for a Rule 30(b)(6) deposition, as well as references to those exhibits within Ambac's letter-motion to compel. Ambac requests to seal Exhibits L and K and references thereto because they are documents designated as "Confidential – Subject to Protective Order." As such, these documents and references thereto are protected by the Protective Order in this case.

Accordingly, Ambac has filed the letter-motion and exhibits under seal and available only to Selected Parties and publicly in redacted form in accordance with ECF Rules 6.7 and 6.9.

Respectfully Submitted,

/s/ Rachel E. Epstein
Rachel E. Epstein
Quinn Emanuel. Urquhart & Sullivan, LLP

CC: Zachary Bannon, counsel for the Army (via email)

**quinn emanuel urquhart & sullivan, llp**

ATLANTA | AUSTIN | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH