July 17, 2023

**VIA ECF**

Honorable Sarah L. Cave
United States Magistrate Judge
United States District Court for
The Southern District of New York
500 Pearl Street, Room 1670
New York, New York 10007-1312

> The letter-motion at ECF No. 721 to file documents under seal or with redactions is GRANTED. The documents filed at ECF No. 722 shall remain as only visible to the selected parties, with the documents filed at ECF No. 723 visible to the public.
>
> The Clerk of Court is respectfully directed to close ECF No. 721.
>
> SO ORDERED.   7/18/2023
>
> SARAH L. CAVE
> United States Magistrate Judge

Re:   *Monterey Bay Military Housing LLC, et al. v. Ambac Assurance Corporation, et. al.*, No. 19 Civ. 9193 (PGG) (SLC) (S.D.N.Y.)

Dear Judge Cave:

Pursuant to Federal Rule of Civil Procedure 5.2(d), Rule I(F)(2) of Your Honor's Individual Practices, this Court's Standing Order No. 19-mc-583, and this Court's ECF Rules & Instructions ("ECF Rules"), Defendants respectfully request the Court's leave to file under seal Exhibits 2, 3, 4, 7, 8, 10, 11, and 12 to its opposition to non-party Jones Lang LaSalle Americas, Inc.'s ("JLL's") letter-motion for a pre-motion conference to address JLL's planned motion for cost-sharing, as well as references to those exhibits with Defendants' opposition. Defendants request to seal Exhibits 2, 3, 4, 7, 8, 10, 11, and 12 because they are documents designated as "Confidential," "Attorney's Eyes Only" and/or contain confidential non-public information. As such, these documents are protected by the Protective Order in this case. Exhibits 2, 3, 4, 7, 8, 10, 11, and 12 and a redacted version of Defendants' letter-motion were filed contemporaneously with this letter-motion in accordance with ECF Rule 6.7.

Accordingly, Defendants have filed the exhibits under seal and available only to Selected Parties in accordance with ECF Rule 6.9.

Respectfully submitted,

/s/ Taylor L. Jones                                    /s/ Scott S. Balber

QUINN EMANUEL URQUHART          HERBERT SMITH FREEHILLS
& SULLIVAN LLP                                NEW YORK LLP

/s/ Reed Brodsky                                    /s/ David L. Goldberg

GIBSON, DUNN & CRUTCHER LLP        KATTEN MUCHIN ROSENMAN LLP


CC: Marsha Indych, counsel for JLL (via email)