UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MONTEREY BAY MILITARY HOUSING, LLC, et al.,

                      Plaintiffs,

   -v-

AMBAC ASSURANCE CORPORATION, et al.,

                      Defendants.

CIVIL ACTION NO. 19 Civ. 9193 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

       The Court is in receipt of the letter-motion of Defendant Ambac Assurance Corporation ("Ambac") to compel Plaintiffs to produce certain documents. (ECF Nos. 740–41 (the "Motion")). The Court construes the Motion to be seeking a discovery conference with the Court pursuant to the undersigned's Individual Practices, Rule II(C)(2).

       By **tomorrow, August 22, 2023 at 12:00 p.m. noon**, Ambac shall serve the Motion and this Order on Clark Realty Corporation ("Clark"), and file proof of service on the docket.

       By **August 24, 2023**, Clark may file a response to the Motion.

Dated:      New York, New York       SO ORDERED.
             August 21, 2023

                                     **SARAH L. CAVE**
                                     **United States Magistrate Judge**

1