UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MONTEREY BAY MILITARY HOUSING, LLC, et al.,

                    Plaintiffs,

-v-

AMBAC ASSURANCE CORPORATION, et al.,

                    Defendants.

CIVIL ACTION NO. 19 Civ. 9193 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the motion to compel filed by Defendant Ambac Assurance Corporation ("Ambac") (ECF Nos. 740–41 (the "Motion")), and the response filed by non-party Clark Realty Corporation ("Clark") (ECF No. 745 (the "Opposition")).  The Court orders as follows:

1. By **August 30, 2023**, Ambac shall file a response to the Opposition.

2. By **August 30, 2023**, Clark shall submit to the Court for in camera review (i) Greg Day's deposition transcript and (ii) the six "exemplar documents" referenced in the Opposition (ECF No. 745 at 3).  The Court will email Clark's counsel with instructions for submitting the documents through the court's file-share system.

3. A telephone conference is scheduled for **Thursday, September 7, 2023 at 12:00 p.m.** on the Court's conference line to discuss the issues raised in the Motion.  Parties other than Ambac and Clark may, but are not required, to participate.  The parties are directed to call:  (866) 390-1828; access code:  380-9799, at the scheduled time.

| | | |
|---|---|---|
| Dated: | New York, New York<br>August 25, 2023 | SO ORDERED.<br><br>_____<br>**SARAH L. CAVE**<br>**United States Magistrate Judge** |