**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7543**

WRITER'S EMAIL ADDRESS
danielkelly@quinnemanuel.com

August 29, 2023

---

> The request of Defendant Ambac Assurance Corporation at ECF No. 748 is GRANTED. The telephone conference scheduled for September 7, 2023 (ECF No. 747) is ADJOURNED to **Monday, September 25, 2023 at 11:00 a.m.** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.
>
> The Clerk of Court is respectfully directed to close ECF No. 748.
>
> SO ORDERED.   8/30/2023
>
> *[signature]*
> SARAH L. CAVE
> United States Magistrate Judge

---

**VIA ECF**

Honorable Sarah L. Cave
United States Magistrate Judge
United States District Court for
The Southern District of New York
500 Pearl Street, Room 1670
New York, New York 10007-1312

Re:  *Monterey Bay Military Housing LLC, et al. v. Ambac Assurance Corporation, et al.*,
     No. 19-cv-09193 (PGG) (SLC)

Dear Judge Cave:

Pursuant to the Court's Rule I.E, I write on behalf of Ambac Assurance Corporation to respectfully request a brief adjournment of the telephonic discovery conference on Ambac's Letter-Motion to Compel (Dkt. 740), currently scheduled for September 7, 2023 at 12:00 pm. I am the attorney most familiar with the issues to be addressed at that conference; however, I will be traveling internationally from September 3 to September 9, 2023 and therefore am unable to attend the conference as presently scheduled. This is Ambac's first request to adjourn this telephonic discovery conference, and granting this request would not affect any other scheduled dates in this matter.

I have conferred with Daniel Watkins, counsel to Clark Realty Corporation, who does not oppose this request. Mr. Watkins has further authorized me to represent that the parties are available at the Court's convenience during the week of September 11, 2023.

The Court's consideration of this request is greatly appreciated.

Respectfully Submitted,

*/s/ Daniel M. Kelly*
Daniel M. Kelly
Quinn Emanuel. Urquhart & Sullivan, LLP

CC: Daniel Watkins, Esq. (via email)

quinn emanuel urquhart & sullivan, llp

ATLANTA | AUSTIN | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH