**VIA ECF**

Honorable Sarah L. Cave
United States Magistrate Judge
United States District Court
500 Pearl Street, Room 1670
New York, New York 10007-1312

> The request at ECF No. 759 is GRANTED. By **October 2, 2023**, the parties shall file a further status update.
>
> SO ORDERED.   9/25/2023   /s/ Sarah L. Cave
> SARAH L. CAVE
> United States Magistrate Judge

Re:   *Monterey Bay Military Housing LLC, et al. v. Ambac Assurance Corporation, et al.*, No. 19-cv-09193 (PGG) (SLC)

Dear Judge Cave:

On behalf of nonparty Jones Lang LaSalle Americas, Inc. ("JLL") and Defendants Ambac Assurance Corporation, Jefferies Mortgage Finance, Inc., Jefferies & Company, Inc., Jefferies LLC, Jefferies Group LLC, Danny Ray, and Chetan Marfatia ("Defendants"), we provide this joint status update pursuant to the Court's August 1, 2023 Order (ECF 733) and the Court's September 5, 2023 Memo Endorsement (ECF 753). Following guidance the Court provided at the August 1, 2023 Conference, counsel for Defendants and JLL have met and conferred and exchanged multiple emails and information to try to reach an agreement on a reasonable amount for Defendants to reimburse JLL for its asserted costs and fees in complying with Defendants' subpoenas. To date, no agreement has been reached, but discussions continue.

In light of this, Defendants and JLL respectfully request an additional seven days to meet and confer to try to reach an agreement or conclude that they have reached an impasse. If the Court grants this request, Defendants and JLL would submit a further status update to the Court on or before September 29, 2023.

Respectfully Submitted,

/s/ Scott S. Balber
Scott S. Balber
Hebert Smith Freehills New York LLP

/s/ Rachel E. Epstein
Rachel E. Epstein
Quinn Emanuel Urquhart & Sullivan, LLP

/s/ Marsha J. Indych
Marsha J. Indych
Faegre Drinker Biddle & Reath, LLP

/s/ Amer S. Ahmed
Amer S. Ahmed
Gibson Dunn & Crutcher LLP

/s/ Brian L. Muldrew
Brian L. Muldrew
Katten Muchin Rosenman LLP