UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MONTEREY BAY MILITARY HOUSING, LLC, et al.,<br><br>                          Plaintiffs,<br>     -v-<br><br>AMBAC ASSURANCE CORPORATION, et al.,<br><br>                          Defendants. | CIVIL ACTION NO. 19 Civ. 9193 (PGG) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, September 25, 2023 (the "Conference"), the Court orders as follows:

1. The motion of Defendant AMBAC Assurance Corporation ("Ambac") to compel the production of certain documents (the "Clark Documents") from Plaintiffs (ECF Nos. 740–41) is GRANTED for the reasons stated by the Court on the record during the Conference.

2. By a date to be agreed on by and between Ambac and Plaintiffs, Plaintiffs shall produce to Ambac the Clark Documents, including any attachments thereto.

3. The parties shall order a transcript of the Conference and file it on the docket. By **September 27, 2023**, the parties shall complete the annexed transcript request form and submit one request to etranscripts@nysd.uscourts.gov.

4. The Clerk of Court is respectfully directed to close ECF Nos. 740–741.

Dated: New York, New York  
September 25, 2023

SO ORDERED.

_____  
**SARAH L. CAVE**  
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, <u>NOT the Southern District Court Reporters.</u>  The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.
**NOTE:**  CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE SERVICE:
(prices listed are per page)

| Daily $6.66 | 3 Day $6.00 | 7 Day $5.34 | 14 Day $4.68 | 30 Day $4.02 |
|---|---|---|---|---|

| Your Name | |
|---|---|
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |