January 26, 2024

**VIA ECF**

Honorable Sarah L. Cave
United States Magistrate Judge
United States District Court
500 Pearl Street, Room 1670
New York, New York 10007-1312

Re:  *Monterey Bay Military Housing LLC, et al. v. Ambac Assurance Corporation, et al.*,
     No. 19-cv-09193 (PGG) (SLC)

Dear Judge Cave:

On behalf of nonparty Jones Lang LaSalle Americas, Inc. ("JLL") and Defendants Ambac Assurance Corporation, Jefferies Mortgage Finance, Inc., Jefferies & Company, Inc., Jefferies LLC, Jefferies Group LLC, Danny Ray, and Chetan Marfatia ("Defendants"), we provide this joint status update pursuant to the Court's August 1, 2023 Order (ECF 733) and the Court's January 19, 2024 Memo Endorsement (ECF 821).  Following guidance the Court provided at the August 1, 2023 Conference, counsel for Defendants and JLL have come to an agreement in principle and are in the process of finalizing necessary details and documentation.

Accordingly, Defendants and JLL respectfully request an additional fourteen days to finalize their agreement.  If the Court grants this request, Defendants and JLL would submit a further status update to the Court on or before February 9, 2024.

Respectfully Submitted,

*/s/  Scott S. Balber*
Scott S. Balber
Hebert Smith Freehills New York LLP

*/s/  Rachel E. Epstein*
Rachel E. Epstein
Quinn Emanuel Urquhart & Sullivan, LLP

*/s/  Marsha J. Indych*
Marsha J. Indych
Faegre Drinker Biddle & Reath, LLP

*/s/  Amer S. Ahmed*
Amer S. Ahmed
Gibson Dunn & Crutcher LLP

*/s/  Brian L. Muldrew*
Brian L. Muldrew
Katten Muchin Rosenman LLP