February 9, 2024

**VIA ECF**

Honorable Sarah L. Cave
United States Magistrate Judge
United States District Court
500 Pearl Street, Room 1670
New York, New York 10007-1312

Re:   *Monterey Bay Military Housing LLC, et al. v. Ambac Assurance Corporation, et al.*,
      No. 19-cv-09193 (PGG) (SLC)

Dear Judge Cave:

On behalf of nonparty Jones Lang LaSalle Americas, Inc. ("JLL") and Defendants Ambac Assurance Corporation, Jefferies Mortgage Finance, Inc., Jefferies & Company, Inc., Jefferies LLC, Jefferies Group LLC, Danny Ray, and Chetan Marfatia ("Defendants"), we provide this joint status update pursuant to the Court's August 1, 2023 Order (ECF 733) and the Court's January 26, 2024 Memo Endorsement (ECF 823). Following guidance the Court provided at the August 1, 2023 Conference, Defendants and JLL have executed a confidential settlement agreement settling all of JLL's claims for cost-shifting against Defendants with payment due on March 6, 2024.

The parties appreciate the Court's assistance in resolving this dispute.

Respectfully Submitted,

/s/  Scott S. Balber
Scott S. Balber
Hebert Smith Freehills New York LLP

/s/  Rachel E. Epstein
Rachel E. Epstein
Quinn Emanuel Urquhart & Sullivan, LLP

/s/  Marsha J. Indych
Marsha J. Indych
Faegre Drinker Biddle & Reath, LLP

/s/  Amer S. Ahmed
Amer S. Ahmed
Gibson Dunn & Crutcher LLP

/s/  Brian L. Muldrew
Brian L. Muldrew
Katten Muchin Rosenman LLP