UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MONTEREY BAY MILITARY HOUSING, LLC, MONTEREY BAY LAND, LLC, MEADE COMMUNITIES LLC, FORT BLISS/WHITE SANDS MISSILE RANGE HOUSING LP, RILEY COMMUNITIES LLC, FORT LEAVENWORTH FRONTIER HERITAGE COMMUNITIES, I, LLC, FORT LEAVENWORTH FRONTIER HERITAGE COMMUNITIES, II, LLC, CARLISLE/ PICATINNY FAMILY HOUSING LP, BRAGG COMMUNITIES LLC, FORT DETRICK/WALTER REED ARMY MEDICAL CENTER LLC, PICERNE-FORT POLK FUNDING, LLC, RUCKER COMMUNITIES LLC, STEWART HUNTER HOUSING LLC, SILL HOUSING, LLC, AETC HOUSING LP, AMC WEST HOUSING LP, LACKLAND FAMILY HOUSING, LLC, and VANDENBERG HOUSING LP,

      Plaintiffs,

- vs. -

AMBAC ASSURANCE CORPORATION, JEFFERIES MORTGAGE FINANCE, INC., JEFFERIES & COMPANY, INC., JEFFERIES LLC, JEFFERIES GROUP LLC, DANNY RAY, and CHETAN MARFATIA,

      Defendants.

**ORDER**

19 Civ. 9193 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

  The lawyers representing Defendant AMBAC Assurance Corporation include Tai Hyun Park, of Tai Park PLLC.  The parties should be aware that the Court and Park worked together as colleagues in the U.S. Attorney's Office in the 1990s.  They developed a friendship that has continued to the present day, and they have socialized over the years.

This relationship will have no bearing on the Court's rulings in this case, and the Court sees no basis for recusal. Any party that disagrees will file a letter setting forth the objection by **February 23, 2024**.

Dated: New York, New York
       February 16, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge