UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MONTEREY BAY MILITARY HOUSING, LLC, MONTEREY BAY LAND, LLC, MEADE COMMUNITIES LLC, FORT BLISS/WHITE SANDS MISSILE RANGE HOUSING LP, RILEY COMMUNITIES LLC, FORT LEAVENWORTH FRONTIER HERITAGE COMMUNITIES, I, LLC, FORT LEAVENWORTH FRONTIER HERITAGE COMMUNITIES, II, LLC, CARLISLE/ PICATINNY FAMILY HOUSING LP, BRAGG COMMUNITIES LLC, FORT DETRICK/WALTER REED ARMY MEDICAL CENTER LLC, PICERNE-FORT POLK FUNDING, LLC, RUCKER COMMUNITIES LLC, STEWART HUNTER HOUSING LLC, SILL HOUSING, LLC, AETC HOUSING LP, AMC WEST HOUSING LP, LACKLAND FAMILY HOUSING, LLC, and VANDENBERG HOUSING LP,

Plaintiffs,

- vs. -

AMBAC ASSURANCE CORPORATION, JEFFERIES MORTGAGE FINANCE, INC., JEFFERIES & COMPANY, INC., JEFFERIES LLC, JEFFERIES GROUP LLC, DANNY RAY, and CHETAN MARFATIA,

Defendants.

**ORDER**

19 Civ. 9193 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

For the reasons stated in today's telephone conference, the severance motion filed by Jefferies Mortgage Finance, Inc., Jefferies & Company, Inc., Jefferies LLC, and Jefferies Group LLC is denied.

In addition, briefing concerning the parties' cross-motions for summary judgment is amended to proceed on the following schedule:

(1) Moving papers are due on **March 22, 2024**;

(2) Opposition papers are due on **May 10, 2024**; and

(3) Reply papers, if any, are due on **May 31, 2024**.

Under Rule IV(C) of this Court's individual rules – the "bundling rule" – the parties may not file motions electronically on ECF until the motion is fully briefed.

The Clerk of Court is directed to terminate the motion (Dkt. No. 435).

Dated: New York, New York
      February 29, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge