UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MONTEREY BAY MILITARY HOUSING, LLC, et al., <br><br> Plaintiffs, <br><br> -v- <br><br> AMBAC ASSURANCE CORPORATION, et al., <br><br> Defendants. | CIVIL ACTION NO. 19 Civ. 9193 (PGG) (SLC) <br><br> **ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

By **March 20, 2024**, the parties shall meet and confer and file a joint letter advising as to whether they believe a settlement conference with the Court would be productive at this time.

Dated:   New York, New York
         March 6, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**