# Exhibit A

| | |
|---|---|
| **From:** | Darst, Richard E. |
| **Sent:** | Tuesday, December 5, 2023 9:05 AM |
| **To:** | Gordan, Anna C. |
| **Subject:** | Fwd: Monterey Bay Military Housing et al v. Ambac Corporation et al Mediation - February 6 and 7, 2024 |

Sent from my iPhone

Begin forwarded message:

> **From:** "Balber, Scott" <Scott.Balber@hsf.com>
> **Date:** December 5, 2023 at 8:20:51 AM EST
> **To:** Meghan Lettington <MLettington@phillipsadr.com>, Taylor Jones <taylorjones@quinnemanuel.com>, Rachel Epstein <rachelepstein@quinnemanuel.com>, Michael Carlinsky <michaelcarlinsky@quinnemanuel.com>, "Bowe, Michael J" <MBowe@brownrudnick.com>, "Tabaksblat, Lauren" <LTabaksblat@brownrudnick.com>, "Stoll, James W." <JStoll@brownrudnick.com>, "Strong, Marcus T." <MStrong@brownrudnick.com>, "McCaffrey, Meredith A." <MMcCaffrey@brownrudnick.com>, "Lev, Alexander P" <ALev@brownrudnick.com>, "Fay, Johanna P." <JFay@brownrudnick.com>, "Darst, Richard E." <RDarst@brownrudnick.com>, "Burke, Melanie D." <MBurke@brownrudnick.com>, stevemadison@quinnemanuel.com, isaacnesser@quinnemanuel.com, jeremybaldoni@quinnemanuel.com, tenishawilliams@quinnemanuel.com, danielkelly@quinnemanuel.com, johnsuper@quinnemanuel.com, matthewroznovak@quinnemanuel.com, michaelwittmann@quinnemanuel.com, maxwellhawley@quinnemanuel.com, josephbacchi@quinnemanuel.com, tai@taiparklaw.com, "Flood, Barron" <Barron.Flood@hsf.com>, "O'Donnell, John" <John.ODonnell@hsf.com>, "Jones, Michael" <Michael.Jones@hsf.com>, "Emch, Chris" <Chris.Emch@hsf.com>, "Gomez, Daniel" <Daniel.Gomez@hsf.com>, RBrodsky@gibsondunn.com, AChampion@gibsondunn.com, AAhmed@gibsondunn.com, JRose@gibsondunn.com, NStrauss@gibsondunn.com, CWilliams@gibsondunn.com, NPulakos@gibsondunn.com, HKirshner@gibsondunn.com, brian.muldrew@katten.com, david.goldberg@katten.com, spencer.croat@katten.com
> **Cc:** Amanda Saunders <ASaunders@phillipsadr.com>
> **Subject:** RE: Monterey Bay Military Housing et al v. Ambac Corporation et al Mediation - February 6 and 7, 2024

**CAUTION:** External E-mail. Use caution accessing links or attachments.

Hi Ms. Lettington –

There appears to be some confusion on your end, as we know absolutely nothing about this.  Regardless, my clients have zero interest in mediating this dispute.  Thank you for your email but please remove the HSF team from your distribution list going forward.

Regards,

**Scott S. Balber**
Managing Partner
Herbert Smith Freehills New York LLP

T  +1 917 542 7810  M  +1 646 431 4622  F  +1 917 542 7601

www.herbertsmithfreehills.com

---

**From:** Amanda Saunders <ASaunders@phillipsadr.com> **On Behalf Of** Meghan Lettington
**Sent:** Monday, December 4, 2023 7:30 PM
**To:** Taylor Jones <taylorjones@quinnemanuel.com>; Rachel Epstein <rachelepstein@quinnemanuel.com>; Meghan Lettington <MLettington@phillipsadr.com>; Michael Carlinsky <michaelcarlinsky@quinnemanuel.com>; mbowe@brownrudnick.com; ltabaksblat@brownrudnick.com; James W. Stoll <jstoll@brownrudnick.com>; mstrong@brownrudnick.com; mmcCaffrey@brownrudnick.com; alev@brownrudnick.com; jfay@brownrudnick.com; rdarst@brownrudnick.com; mburke@brownrudnick.com; stevemadison@quinnemanuel.com; isaacnesser@quinnemanuel.com; jeremybaldoni@quinnemanuel.com; tenishawilliams@quinnemanuel.com; danielkelly@quinnemanuel.com; johnsuper@quinnemanuel.com; matthewroznovak@quinnemanuel.com; michaelwittmann@quinnemanuel.com; maxwellhawley@quinnemanuel.com; josephbacchi@quinnemanuel.com; tai@taiparklaw.com; Balber, Scott <Scott.Balber@hsf.com>; Flood, Barron <Barron.Flood@hsf.com>; O'Donnell, John <John.ODonnell@hsf.com>; Jones, Michael <Michael.Jones@hsf.com>; Emch, Chris <Chris.Emch@hsf.com>; Gomez, Daniel <Daniel.Gomez@hsf.com>; RBrodsky@gibsondunn.com; AChampion@gibsondunn.com; AAhmed@gibsondunn.com; JRose@gibsondunn.com; NStrauss@gibsondunn.com; CWilliams@gibsondunn.com; NPulakos@gibsondunn.com; HKirshner@gibsondunn.com; brian.muldrew@katten.com; david.goldberg@katten.com; spencer.croat@katten.com
**Cc:** Amanda Saunders <ASaunders@phillipsadr.com>; Meghan Lettington <MLettington@phillipsadr.com>
**Subject:** Monterey Bay Military Housing et al v. Ambac Corporation et al Mediation - February 6 and 7, 2024

Dear Counsel:

Please find attached Judge Phillips' retention agreement and accompanying invoices for the above referenced matter.

By way of disclosure, please note that Judge Phillips has previously mediated matters involving Ambac Assurance Corporation and Jefferies LLC and has conducted various and separate ADR matters with all the identified law firms except for Tai Park Law.

Judge Phillips does not believe these disclosures represent conflicts that would disqualify him from serving as the neutral mediator in the above referenced matter.  He did, however, feel they warranted disclosure to the parties.

Please pay particular attention to our cancellation policy which is set forth in the retention agreement and return the signed retainer as soon as possible.

Let me know if you have any questions.

Meghan Lettington

Herbert Smith Freehills New York LLP and Herbert Smith Freehills, an Australian Partnership, are separate member firms of the international legal practice known as Herbert Smith Freehills.

This message is confidential and may be covered by legal professional privilege. If you are not the intended recipient you must not disclose or use the information contained in it. If you have received this email in error please notify us immediately by return email or by calling our main switchboard on +1 917 542 7600 and delete the email.

Further information is available from [www.herbertsmithfreehills.com](www.herbertsmithfreehills.com), including our Privacy Policy which describes how we handle personal information.

Herbert Smith Freehills New York LLP is a limited liability partnership registered in England and Wales with registered number OC375072. Its registered office is at Exchange House, Primrose Street, London EC2A 2EG.

This message was not intended or written to be used, and it cannot be used by any taxpayer, for the purpose of avoiding penalties that may be imposed on the taxpayer under U.S. Federal tax law.

Some of this material may constitute attorney advertising within the meaning of sections 1200.1 and 1200.6-8 of Title 22 of the New York Codes, Rules and Regulatory Advertising Regulations. The following statement is made in accordance with those rules: ATTORNEY ADVERTISING: PRIOR RESULTS DO NOT GUARANTEE A SIMILAR OUTCOME.