UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MONTEREY BAY MILITARY HOUSING, LLC, et al., <br><br> Plaintiffs, <br><br> -v- <br><br> AMBAC ASSURANCE CORPORATION, et al., <br><br> Defendants. | CIVIL ACTION NO. 19 Civ. 9193 (PGG) (SLC) <br><br> **ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Plaintiffs' unopposed request at ECF No. 825 to file the documents at ECF No. 826 with redactions or under seal is GRANTED. The documents at ECF No. 827 shall remain visible only to the selected parties and the Court.

The Clerk of Court is respectfully directed to close ECF No. 825.

Dated:   New York, New York
         September 25, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**