UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MONTEREY BAY MILITARY HOUSING, LLC, et al.,

    Plaintiffs,

-v-

AMBAC ASSURANCE CORPORATION, et al.,

    Defendants.

CIVIL ACTION NO. 19 Civ. 9193 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On January 30, 2025, the Honorable Paul G. Gardephe directed the undersigned to rule on Plaintiffs' recently filed Renewed Motion to Seal or Redact (ECF No. 1031 (the "Motion")), pursuant to his existing referral for general pretrial supervision (see ECF No. 345). The Court has reviewed the Motion, as well as a spreadsheet (the "Spreadsheet") Plaintiffs submitted alongside the Motion,[1] and is appreciative of Plaintiffs' efforts to withdraw and limit their redaction requests as compared to their original Motion to Seal. (See ECF No. 1031 at 1). For all of Plaintiff's efforts, however, review of the Spreadsheet reveals that approximately 650 requests (the "Requests") remain. And although Plaintiffs have filed via CM/ECF both redacted and unredacted versions of the documents that are the subject of the Motion (the "Documents"), downloading, accessing, and reviewing those documents is a cumbersome process that will delay adjudication of the Motion. Consequently, to streamline its review of the Requests, the Court directs Plaintiffs to upload by **Friday, February 14, 2025** the redacted and unredacted versions of the Documents

---

[1] On December 11, 2024, Judge Gardephe ruled that any future motion to seal must be accompanied by "a spreadsheet . . . detailing every document for which sealing or redaction is sought, with document-level justifications for sealing[.]" (ECF No. 1022 at 14).

to the Court's File Share Page.  The file names must contain the appropriate "Sealing Request Number" as set forth in the Spreadsheet.  The Court will contact counsel via email to provide instructions for uploading the Documents.

| | | |
|---|---|---|
| Dated: | New York, New York<br>February 3, 2025 | SO ORDERED.<br><br>_____<br>**SARAH L. CAVE**<br>**United States Magistrate Judge** |