UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MONTEREY BAY MILITARY HOUSING, LLC, et al.,

                              Plaintiffs,                    CIVIL ACTION NO. 19 Civ. 9193 (PGG) (SLC)

          -v-                                                                **ORDER**

AMBAC ASSURANCE CORPORATION, et al.,

                              Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

       On February 3, 2025, the Court directed Plaintiffs to upload redacted and unredacted versions of documents that are the subject of a Renewed Motion to Seal or Redact (the "Motion") recently referred to the undersigned by the Honorable Paul G. Gardephe. (ECF No. 1046). The Court has received the documents in question and begun its review and consideration of the Motion. A telephonic conference to discuss the Motion is scheduled for **Thursday, April 10, 2025 at 2:15 p.m.** on the Court's Microsoft Teams platform. The parties are directed to call: (646) 453-4442; access code: 670-504-685# at the scheduled time.

Dated:      New York, New York              SO ORDERED.
            February 26, 2025

                                            _____
                                            SARAH L. CAVE
                                            **United States Magistrate Judge**