UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MONTEREY BAY MILITARY HOUSING, LLC, et al.,<br><br>                    Plaintiffs,<br><br>    -v-<br><br>AMBAC ASSURANCE CORPORATION, et al.,<br><br>                    Defendants. | CIVIL ACTION NO. 19 Civ. 9193 (PGG) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Today, April 10, 2025, the Court held a conference (the "Conference") regarding the Renewed Motion to Seal or Redact (ECF No. 1031 (the "Motion")) referred to the undersigned by the Honorable Paul G. Gardephe. (See ECF No. 1046). As discussed at the Conference, the Court orders as follows:

1. By **Friday, April 11, 2025**, Plaintiffs shall provide the Court with unredacted copies of the documents identified as Sealing Request Numbers ("SRN") 147, 161, 571, and 572. Plaintiffs shall provide the documents using a file sharing link that the Court will send to counsel via email.

2. By **Monday, April 21, 2025**, Plaintiffs shall file a letter:

    a. Confirming the basis of the sealing request and identifying the location of sensitive information in the documents identified as SRN 19, 108, 164, 175, 252, 344, and 819.

    b. Proposing categories of documents that the Court may consider via a sampling process to enable swifter consideration of the Motion.

Dated: New York, New York  
April 10, 2025

SO ORDERED.

_____  
**SARAH L. CAVE**  
**United States Magistrate Judge**