**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
MONTEREY BAY MILITARY HOUSING,
LLC, MONTEREY BAY LAND, LLC, MEADE
COMMUNITIES LLC, FORT BLISS/WHITE
SANDS MISSILE RANGE HOUSING LP,
RILEY COMMUNITIES LLC, FORT
LEAVENWORTH FRONTIER HERITAGE
COMMUNITIES, I, LLC, FORT
LEAVENWORTH FRONTIER HERITAGE
COMMUNITIES, II, LLC, CARLISLE/
PICATINNY FAMILY HOUSING LP, BRAGG
COMMUNITIES LLC, FORT DETRICK/WALTER
REED ARMY MEDICAL CENTER LLC,
PICERNE-FORT POLK FUNDING, LLC, RUCKER
COMMUNITIES LLC, STEWART HUNTER
HOUSING LLC, SILL HOUSING, LLC, AETC
HOUSING LP, AMC WEST HOUSING LP,
LACKLAND FAMILY HOUSING, LLC, and
VANDENBERG HOUSING LP,

                 Plaintiffs,                        19 **CIVIL** 9193 (PGG)

      -against-                                  **JUDGMENT**

AMBAC ASSURANCE CORP OR ATION,
JEFFERIES MORTGAGE FINANCE, INC.,
JEFFERIES & COMPANY, INC.,
JEFFERIES LLC, JEFFERIES GROUP LLC,
DANNY RAY, and CRETAN MARFATIA.,

                 Defendants.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Memorandum Opinion & Order dated March 31, 2026, the motions for

summary judgment filed by the Jefferies Defendants and Defendant Ray are granted. Plaintiffs'

motion for partial summary judgment is denied as moot; accordingly, judgment is entered in

favor of the Jefferies Defendants and Defendant Ray and the case is closed.

**Dated**: New York, New York
       March 31, 2026

                                TAMMI M. HELLWIG
                                _____
                                  **Clerk of Court**

                    BY:
                                  _____
                                    **Deputy Clerk**